IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No._____ |

### JANE DOE PLAINTIFFS' NOTICE OF MOTION TO SEAL PORTIONS OF THE RECORD

PLEASE TAKE NOTICE that Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4, by and through undersigned counsel, respectfully move this Court for an Order Granting Jane Doe Plaintiffs' Motion to Seal Portions of the Record. This Motion is based upon the memorandum in support filed with it, the files and records in this action, and any further evidence or argument that the Court may properly receive at or before a hearing.

Date: April 3, 2019

Respectfully Submitted,

_____
Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (D.C. Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019

Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*pro hac vice* application forthcoming

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*