UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>*Defendant*. | Civil Action No. 19-945 (RDM) |

### NOTICE OF ERRATA IN PLAINTIFFS' CAPTION AND SIGNATURE BLOCK

Plaintiffs hereby provide notice to the Court and the Parties of errors in the caption and signature block of Plaintiffs' Complaint, which was filed on April 3, 2019. Specifically, incorrect address information was inadvertently listed for Plaintiff Nilab Rahyar Tolton; and the last digit of the D.C. Bar Number for Plaintiffs' Counsel, Deborah K. Marcuse, was inadvertently omitted. Plaintiffs attach corrected copies of the caption and signature pages.

Respectfully Submitted,

Date: May 2, 2019

/s/ Deborah K. Marcuse
Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650

Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

\**pro hac vice* application forthcoming

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*