## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NILAB RAHYAR TOLTON,**<br>**40 Coppercrest,**<br>**Aliso Viejo, CA 92656,** | )<br>)<br>)  No._____ |
| | ) |
| **and** | ) |
| | )  **JURY TRIAL DEMANDED** |
| **ANDREA MAZINGO,**<br>**1200 Duke Lane,**<br>**Walnut CA 91789,** | )<br>)<br>) |
| | ) |
| **and** | ) |
| | ) |
| **JANE DOES 1–4,**<br>**c/o Sanford Heisler Sharp, LLP**<br>**111 S Calvert St., Suite 1950**<br>**Baltimore, MD 21202,** | )<br>)<br>)<br>) |
| **Plaintiffs, on behalf of themselves and**<br>**all others similarly situated,** | )<br>) |
| **v.** | ) |
| **JONES DAY, a General Partnership,** | ) |
| **Defendant.** | ) |

## CLASS AND COLLECTIVE ACTION COMPLAINT

Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, Jane Doe 1, Jane Doe 2, Jane Doe 3, and Jane Doe 4 ("Plaintiffs" or "Class Representatives"), by and through their attorneys, Sanford Heisler Sharp, LLP, bring this action on behalf of themselves and all similarly situated female attorneys against Defendant Jones Day, a General Partnership ("Defendant," "Jones Day," or "the Firm"). Plaintiffs allege, with knowledge as to themselves and upon information and belief otherwise, that Defendant engages in systemic discrimination based on gender, pregnancy, and maternity, as follows: