Date: April 3, 2019

Respectfully submitted,

_____
Deborah K. Marcuse (DC Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S Calvert St., Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*pro hac vice* application forthcoming

*Attorneys for Plaintiffs and the Proposed Class and Collective*