# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NILAB RAHYAR TOLTON *et al.*, *on behalf of themselves and all others similarly situated*,

*Plaintiffs*,

v.

JONES DAY, a General Partnership,

*Defendant*.

Civil Action No. 19-945 (RDM)

## FIRST NOTICE OF FILING OF CONSENT TO JOIN FORMS

Plaintiffs attach six (6) Consent to Join Forms for the individuals listed below as Exhibits A–F. These individuals choose to participate in this Equal Pay Act civil action as a collective action. The Consent to Join Forms for Jane Does 1–4 are filed consistent with the pseudonyms under which the Jane Doe Plaintiffs currently proceed. The Jane Doe Plaintiffs are willing to re-file their Consent to Join Forms under seal should the Court order these documents to contain their legal names.

1. Exhibit A: Nilab Rahyar Tolton
2. Exhibit B: Andrea Mazingo
3. Exhibit C: Jane Doe 1
4. Exhibit D: Jane Doe 2
5. Exhibit E: Jane Doe 3
6. Exhibit F: Jane Doe 4

Respectfully Submitted,

Date: May 6, 2019                              /s/ Deborah K. Marcuse_____

Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

**pro hac vice* application forthcoming

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*