# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NILAB RAHYAR TOLTON *et al.*, on )
behalf of themselves and all others )
similarly situated, )
                                 Plaintiffs, )
                                     )   No. 1:19-cv-00945-RDM
v. )
                                     )
JONES DAY, a General Partnership, )
                                Defendant. )

**CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF
UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b),
FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)**

1. I am currently employed or was previously employed by Jones Day as an attorney for at least one day within the last three years.

2. I consent to opt-in and become a party plaintiff in this collective action, which alleges that Jones Day violated the Equal Pay Act, 29 U.S.C. § 206(d) ("EPA") by paying female attorneys less than male attorneys.

3. I hereby designate Sanford Heisler Sharp, LLP to represent me in this action and to make decisions on my behalf concerning the litigation and settlement.

_____          April 25, 2019
Jane Doe 2                                                     Date