# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>Defendant. | No. 1:19-cv-00945-RDM |

**CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)**

1. I am currently employed or was previously employed by Jones Day as an attorney for at least one day within the last three years.

2. I consent to opt-in and become a party plaintiff in this collective action, which alleges that Jones Day violated the Equal Pay Act, 29 U.S.C. § 206(d) ("EPA") by paying female attorneys less than male attorneys.

3. I hereby designate Sanford Heisler Sharp, LLP to represent me in this action and to make decisions on my behalf concerning the litigation and settlement.

_____    4/24/2019
Jane Doe 4                                  Date