# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>*Defendant*. | Civil Action No. 19-945 (RDM) |

### PLAINTIFFS' CONSENT MOTION FOR MODIFICATION OF MINUTE ORDER

Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, and Jane Does 1–4 ("the Jane Doe Plaintiffs") (collectively, "Plaintiffs"), by their attorneys, Sanford Heisler Sharp, LLP, and with the consent of Defendant Jones Day ("Defendant" or "Jones Day"), hereby move this Court to enter an Order scheduling the filing of an Amended Complaint and further motions practice concerning the continued use of a pseudonym by Jane Doe 4, and rescheduling by one week the deadline for the parties to submit a joint status report.

In support of this motion, Plaintiffs state as follows:

1. The Jane Doe Plaintiffs filed their *ex parte* motion to file their Complaint and proceed under pseudonyms on April 3, 2019. (ECF 1.)

2. That same day, Chief Judge Beryl A. Howell issued an order granting the Jane Doe Plaintiffs' motion. (ECF 2.)

3. On April 9, 2019, the Court entered a minute order granting the Jane Doe Plaintiffs permission to proceed pseudonymously until the filing of an Answer by Defendant.

4. On May 20, 2019, Jones Day filed a motion to compel compliance with Federal Rule 10(a), (ECF 12), to which the Jane Doe Plaintiffs filed an opposition on May 23, 2019 (ECF 14). This Court ordered a hearing and Jones Day filed a Reply on May 24, 2019 (ECF 15).

5. After a hearing on this motion on May 30, 2019, the Court entered a minute order:

a. modifying its April 9, 2019 minute order,

b. ordering Jane Does 3 and 4 to provide additional evidence, if any, in support of their pseudonymity by filing supplemental declarations on or before June 12, 2019, and ordering Jane Does 1 and 2 to do so on or before June 19, 2019; and

c. ordering the parties to meet and confer and submit a joint status report, on or before June 19, 2019, proposing a schedule for filing an Amended Complaint, if any.

6. The Parties have met and conferred about a schedule for filing an Amended Complaint and further motions practice on pseudonymity.

7. Plaintiff Jane Doe 4 intends to file a Motion seeking to proceed under pseudonym for three months further, based on concerns regarding her health and her job search. Jane Doe 4 proposes to file this Motion on June 17, 2019, with Defendant Jones Day filing its opposition on June 27, 2019, and Jane Doe 4 filing her reply on July 3, 2019.

8. Jane Does 1-3 shall not attempt to proceed further in this case under pseudonym. Accordingly, Plaintiffs propose to file an Amended Complaint on or before June 24, 2019, in which Jane Doe Plaintiffs who intend to proceed under their own names shall supplement their allegations accordingly.

9. Jones Day through counsel consents to this proposed schedule.

10. The parties continue to meet and confer regarding proposals for expedited discovery and in an effort to reach agreement on a schedule for class certification briefing.

11. The parties therefore request that the Court extend the deadline for filing of a joint status report for one week, until June 26, 2019.

**WHEREFORE**, Plaintiffs respectfully request that this Court Order the following:

i. Plaintiffs shall file an Amended Complaint on or before June 24, 2019, in which Jane Doe Plaintiffs who intend to proceed under their own names shall supplement their allegations accordingly;

ii. Plaintiff Jane Doe 4 shall file a renewed Motion to proceed under pseudonym on or before June 17, 2019, with any opposition due on or before June 27, 2019, and any reply due on or before July 3, 2019;

iii. The time for Plaintiff Jane Doe 4 to provide further evidence, if any, in support of pseudonymity by filing a supplemental declaration is extended to June 17, 2019;

iv. The date by which the parties shall meet and confer and submit a joint status report is extended to June 26, 2019.

Respectfully Submitted,

Date: June 12, 2019

/s/ Deborah K. Marcuse_____
Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019

Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*pro hac vice* application forthcoming

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*