**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NILAB RAHYAR TOLTON, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civ. No. 1:19-00945 (RDM) |
| *v.* | ) ) | |
| JONES DAY, | ) ) | **JOINT STATUS REPORT** |
| *Defendant.* | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 30, 2019 Minute Order, counsel for Plaintiffs Nilab Rahyar Tolton, *et al*. and Defendant Jones Day (collectively, the "Parties") met and conferred and hereby submit the following Joint Status Report.

**I.      PROCEDURAL HISTORY**

1.      Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, and Jane Does 1–4 filed their *ex parte* motion to file their Complaint and proceed under pseudonyms on April 3, 2019. (ECF 1.)

2.      That same day, Chief Judge Beryl A. Howell issued an order granting the Jane Doe Plaintiffs' motion. (ECF 2.)

3.      On April 9, 2019, the Court entered a minute order granting the Jane Doe Plaintiffs permission to proceed pseudonymously until the filing of an Answer by Defendant.

4.      On May 20, 2019, Jones Day filed a motion to compel compliance with Federal Rule 10(a), (ECF 12), to which the Jane Doe Plaintiffs filed an opposition on May 23, 2019, (ECF 14). This Court ordered a hearing and Jones Day filed a Reply on May 24, 2019 (ECF 15).

5.      After a hearing on this motion on May 30, 2019, the Court entered a minute order,

     a.      modifying its April 9, 2019 minute order,

     b.      ordering Jane Does 3 and 4 to provide additional evidence, if any, in support

of their pseudonymity by filing supplemental declarations on or before June 12, 2019, and ordering

Jane Does 1 and 2 to do so on or before June 19, 2019, and

     c.      ordering the parties to meet and confer and submit a joint status report, on

or before June 19, 2019, proposing a schedule for filing an Amended Complaint, if any.

6.      The Parties thereafter met and conferred and proposed a schedule for filing an

Amended Complaint and further motions practice on pseudonymity, which was approved by the

Court on June 12, 2019.

7.      On June 17, 2019, Jane Doe 4 filed a motion seeking to proceed under pseudonym

for three months further. (ECF 20). Jones Day's opposition is due on June 27, 2019, and Jane Doe

4's reply, if any, is due on July 3, 2019.

8.      Plaintiffs filed an Amended Complaint on June 24, 2019. (ECF 27). In the

Amended Complaint, Nilab Rahyar Tolton and Andrea Mazingo remain named plaintiffs, Jane

Does 1-3 elected to proceed under their own names (Meredith Williams, Saira Draper, and Jacyln

Stahl, respectively), and an additional plaintiff was named (Katrina Henderson). As noted above,

Jane Doe 4 has moved to proceed under pseudonym for three months further, and that motion will

be fully briefed by July 3, 2019. Jones Day's Answer to the Amended Complaint is due July 27,

2019.

## II.      CLASS CERTIFICATION DISCOVERY AND BRIEFING

9.      The Parties continue to meet and confer regarding discovery, including proposals

for bifurcating class and merits discovery and the proper scope of each. The parties have also

discussed potentially expediting certain discovery, recognizing that service of discovery may not

be effectuated prior to the filing of Defendant's Answer. *See* L.R. 16(3)(b). The Parties will work in good faith to resolve any disputed issues concerning the scope of discovery before seeking resolution from the Court. In the event the Parties are unable to agree on the appropriate scope of discovery, the Parties will litigate the issue(s) in accordance with Federal Rule of Civil Procedure 26 and Local Civil Rule 26.2, as contemplated in the Court's Standing Order in Civil Cases, § 13 (Discovery Disputes). (ECF 7).

10.     The Parties also met and conferred in an effort to reach agreement on a schedule for class certification briefing. The Parties agree to the following extension of the deadline and accompanying briefing schedule for Plaintiffs' class certification motion (currently due on July 2, 2019 per Local Civil Rule 23.1):

a.     Plaintiffs' motion for class certification:  90 days from the later of: (i) the date Jones Day files its Answer to Plaintiffs' Amended Complaint; and (ii) the date on which the Court rules or the parties reach agreement concerning the scope of pre-class certification discovery;

b.     Defendant's opposition to Plaintiffs' motion for class certification:  30 days from the date Plaintiffs' class certification motion is filed; and

c.     Plaintiffs' reply in support of their motion for class certification:  14 days from the date Defendant's opposition is filed.

Respectfully Submitted,

Date: June 26, 2019

/s/ Deborah K. Marcuse
Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950

3

Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*Attorneys for Plaintiffs, the Proposed*
*Classes, and the Proposed Collective*

/s/ Mary Ellen Powers
Mary Ellen Powers (Bar No. 334045)
Beth Heifetz (Bar No. 417199)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

Terri L. Chase (*pro hac vice* granted)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939

*Attorneys for Defendant*