UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NILAB RAHYAR TOLTON *et al.*, *on behalf of themselves and all others similarly situated*,

       *Plaintiffs*,

  v.

JONES DAY, a General Partnership,

       *Defendant*.

No. 19-cv-945 (RDM)

## ORDER

On June 12, 2019, Plaintiffs notified the Court that Jane Does 1–3 no longer sought to proceed pseudonymously, proposed to file an amended complaint on or before June 24, 2019, and requested that the Court issue an order consistent with that proposal. *See* Dkt. 19. The Court granted Plaintiffs' request and ordered Plaintiffs to file an amended complaint "in which Jane Doe Plaintiffs who intend to proceed under their own names shall supplement their allegations accordingly." Minute Order of June 12, 2019. On June 24, 2019, Plaintiffs filed an amended complaint. Dkt. 27. This amended complaint, however, included new allegations that were unrelated to the Doe Plaintiffs' claims and thus were not authorized by the Court. *See, e.g.*, Dkt. 27-1 at 11, 22, 24, 29, 31, 72–79 (First Am. Compl. ¶¶ 35, 69, 76, 95, 97, 103–04, 264–93).

On August 7, 2019, the Court denied Jane Doe 4's second motion to proceed pseudonymously, Dkt. 39, and, in light of that opinion, ordered Plaintiffs "to file a second amended complaint disclosing the identity of Jane Doe 4," Minute Order of August 7, 2019. Plaintiffs filed a second amended complaint that, unlike the prior amended complaint, comported with the technical amendments ordered by the Court. *See* Dkt. 40-1.

Given this sequence of events, even accepting Plaintiffs' reading of Federal Rule of Civil Procedure 15, Plaintiffs' contention that they were entitled to file a third amended complaint "as of right" is unfounded. By exceeding the scope of the Court's order, Plaintiffs' first amended complaint was not made "with . . . the [C]ourt's leave," Fed. R. Civ. P. 15 (a)(2), and, consequently, exhausted Plaintiffs' Rule 15(a)(1) right to amend their pleadings. As a result, Plaintiffs were not entitled to file their third amended complaint, Dkt. 41, without obtaining Defendant's written consent or leave of court. *See* Fed. R. Civ. P. 15 (a)(2).

Accordingly, it is hereby **ORDERED** that Defendant's motion to strike, Dkt. 42, is **GRANTED**. The Court, however, will treat Plaintiffs' opposition to Defendant's motion to strike, Dkt. 48, as a motion for leave to file a third amended complaint. The Court further **ORDERS** that, if Defendant opposes that motion, Defendant shall file an opposition brief on or before September 16, 2019, and, if necessary, Plaintiffs shall file a reply on or before September 23, 2019.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 6, 2019