**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NILAB RAHYAR TOLTON, *et al.*,

*Plaintiffs*,

*v.*

JONES DAY,

*Defendant*.

Civ. No. 1:19-00945 (RDM)

**PARTIES' JOINT MOTION FOR PROTECTIVE ORDER AND ORDER REGARDING PRODUCTION OF ELECTRONICALLY-STORED INFORMATION ("ESI")**

The Parties agree that this Action may involve production of confidential, proprietary, commercial and/or private information for which protection is warranted. To facilitate the resolution of disputes over confidentiality of documents and information subject to discovery in this Action, to protect information contained in such documents and information, and to ensure that the Parties are permitted uses of such documents and information, pursuant to Federal Rule of Civil Procedure 26(c), the Parties respectfully move the Court to enter a Stipulated Protective Order Regarding Confidentiality of Discovery Material. A copy of the Parties' proposed Protective Order is attached.

Further, to expedite the flow of information and to facilitate the resolution of disputes regarding documents and information subject to discovery in this Action, the Parties respectfully request that the Court enter the attached proposed Stipulation and Order Regarding Production of Electronically-Stored Information ("ESI").

Agreed as to form and substance:

/s/ Kate Mueting
Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue SW, Suite 300
Washington, DC 20003
(202) 499-5206
kmueting@sanfordheisler.com

Deborah K. Marcuse (D.C. Bar # 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
(410) 834-7415
dmarcuse@sanfordheisler.com

David W. Sanford (D.C. Bar # 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 402-5650
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

* admitted *pro hac vice*

*Counsel for Plaintiffs and the proposed Class and Collective*

/s/ Terri L. Chase
Terri L. Chase (*pro hac vice* granted)
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
tlchase@jonesday.com

Mary Ellen Powers (D.C. Bar # 334045)
Beth R. Heifetz (D.C. Bar # 417199)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
mepowers@jonesday.com
bheifetz@jonesday.com

*Counsel for Defendant*