# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON, *et al.*, ) | |
| ) | Civ. No. 1:19-00945 (RDM) |
| *Plaintiffs*, ) | |
| ) | |
| *v.* ) | |
| ) | |
| JONES DAY, ) | |
| ) | |
| *Defendant*. ) | |

## [PROPOSED] ORDER GRANTING STIPULATION TO PERMIT ACCESS TO THE SEALED PORTION OF THE NOVEMBER 7, 2019 TRANSCRIPT

IT IS HEREBY ORDERED that the sealed portion of the transcript from the status conference held before Judge Randolph D. Moss on November 7, 2019 in relation to case number 1:19-00945 shall be unsealed for the limited purpose of allowing them to be transcribed and provided to counsel for the parties. The transcript will remain confidential and under seal until the Court lifts or amends that sealing.

Dated: _____      _____
                                             Honorable Randolph D. Moss