UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NILAB RAHYAR TOLTON** *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JONES DAY, a General Partnership,**<br><br>Defendant. | No. 1:19-cv-00945-RDM<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION OF AN EQUAL PAY ACT COLLECTIVE ACTION AND AUTHORIZATION OF NOTICE

Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, Meredith Williams, Saira Draper, Katrina Henderson, and Jaclyn Stahl ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move pursuant to 29 U.S.C. § 216(b) for an order conditionally certifying an Equal Pay Act collective action and authorizing the mailing of notice and consent to join forms to members of the proposed collective action. This Motion is based upon the attached Memorandum of Law, the deposition testimony of the Named Plaintiffs, and the exhibits attached thereto, the files and records in this action, and any further evidence or argument that the Court may properly receive prior to issuing a decision.

The supporting memorandum and certain exhibits contain information initially designated by Defendant as Confidential, Highly Confidential-Counsel/Experts Only, or Privileged/Client Confidential under the Stipulated Protective Order Regarding Confidentiality of Discovery Material. Dkt. 54. Therefore, pursuant to Paragraph 15 of the Stipulated Protective Order Regarding Confidentiality of Discovery Material, Plaintiffs are provisionally filing portions of the Memorandum of Law in Support of their Motion for Conditional Certification of an Equal Pay Act

Collective Action and Authorized Notice and the conditionally designated exhibits and deposition testimony under seal.

Date: December 4, 2019                                     Respectfully Submitted,

                                                     /s/ Kate Mueting
Kate Mueting (DC Bar No. 988177)
Paul Blankenstein (DC Bar No. 304931)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
pblankenstein@sanfordheisler.com

Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*admitted *pro hac vice*

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*