# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NILAB RAHYAR TOLTON, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 1:19-00945 (RDM) |
| v. | ) | |
| | ) | |
| JONES DAY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## DECLARATION OF TRACI L. LOVITT
## IN SUPPORT OF DEFENDANT'S
## MOTION FOR RULE 11 SANCTIONS

I, Traci L. Lovitt, declare as follows:

1. I, Traci Lovitt, am a partner in the law firm of Jones Day. My business address is 250 Vesey Street, New York, NY 10281. I am a member of Jones Day's Issues & Appeals practice and have personal knowledge of the facts described in this declaration.

2. James Burnham was an associate at Jones Day for more than six years. A 2009 graduate of the University of Chicago Law School, Burnham clerked for the Chief Judge of the Ninth Circuit before joining the Firm's Issues & Appeals Practice Group. He started at the Firm on October 25, 2010. During his tenure, Mr. Burnham received stellar reviews from his superiors and had strong hours. He served a critical role in the Firm's high-profile defense of Virginia Gov. Bob McDonnell from trial through the successful appeal to the Supreme Court.

3. Mr. Burnham left Jones Day on January 19, 2017, to become Associate White House Counsel. He later became a Deputy Assistant Attorney General in the Department of Justice, handling some of the Administration's most important cases.

4. Jones Day lawyers have a long and distinguished tradition of government service. To ease the financial transition from private practice to government service, the Managing Partner may exercise his discretion to provide additional payments to lawyers entering into the armed services or a government position. The Managing Partner authorized a one-time discretionary payment to Mr. Burnham, an outstanding senior associate who would have been eligible for partnership at the Firm in the year following his departure from Jones Day. The compensation information that Mr. Burnham disclosed in connection with his appointment includes both Mr. Burnham's annual compensation and the one-time discretionary payment.

5. In 2017, four other men and one woman, all of whom had short tenures with the Firm, also left for the new Administration. None of those other associates received such a discretionary payment. Those associates are listed below:

| Associate | J.D. Deemed Year | Hire Date | Departure Date |
| --- | --- | --- | --- |
| Annie Donaldson | 2011 | 06/30/2014 | 01/19/2017 |
| David Morrell | 2010 | 12/3/2013 | 1/20/2017 |
| Michael F. Murray | 2009 | 1/12/2015 | 1/20/2017 |
| James Uthmeier | 2014 | 10/20/2014 | 1/20/2017 |
| Stephen Vaden | 2008 | 8/4/2014 | 1/19/2017 |

6. Attached as Exhibit 1 is a chart that sets forth data reported on Vault.com (and available to plaintiffs prior to filing this litigation) on the gender composition of the associate

pools at Jones Day and industry-wide from 2008 through 2018.[1] Law Firm Diversity Database, VAULT & MCCA (last visited Jan. 10, 2019), http://mcca.vault.com. The data about the composition of Jones Day's associate pool reported on Vault.com varies slightly in some years from actual numbers but is within a quarter of a percentage point.

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2020

Respectfully submitted,

/s/ *Traci L. Lovitt*
Traci L. Lovitt
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939

---

[1] Vault.com represents that the industry-wide data is based on "demographic data for permanent attorney staff in the United States" collected from more than 220 law firms. *See* 2018 Vault/MCAA Law Firm Diversity Survey, VAULT & MCCA, available at https://www.mcca.com/wp-content/uploads/2018/11/2018-Vault-MCCA-Law-Firm-Diversity-Survey-Report.pdf.