# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Case No. 1:19-00945 (RDM) ) |
| JONES DAY, | ) ) ) |
| *Defendant*. | ) ) |

## SECOND DECLARATION OF TERRI L. CHASE
## IN SUPPORT OF DEFENDANT'S
## MOTION FOR RULE 11 SANCTIONS

I, Terri L. Chase, declare as follows:

1. My name is Terri Chase. I am a partner in the law firm of Jones Day. My business address is 250 Vesey Street, New York, NY 10281. I have personal knowledge of the facts described in this declaration.

2. Attached as Exhibits 2 through 5 are documents generated from the Firm's non-partner evaluation system regarding the performance and hours of four of Plaintiffs' alleged comparators.

3. Attached as Exhibit 6 are excerpts from the transcript of Plaintiff Meredith Williams' October 1, 2019 deposition in this matter.

4. Attached as Exhibit 7 is a document generated from the Firm's non-partner evaluation system regarding Plaintiff Nilab Rahyar Tolton's performance while employed at Jones Day.

5. Attached as Exhibit 8 is a copy of Dkt. 88-10 (Exhibit I to Plaintiffs' Opposition to Jones Day's Motion for Rule 11 Sanctions), with additional notation by Jones Day identified in red text.

6. Attached as Exhibit 9 is a chart identifying the rates at which U.S. female associates at Jones Day have been promoted to partner from 2011 to 2020. The Jones Day partnership promotion rates are derived from Jones Day's partnership announcements compiled in Dkt. 88-9 (Exhibit H to Plaintiffs' Opposition to Jones Day's Motion for Rule 11 Sanctions). Exhibit 9 also shows the rates at which U.S. female associates industry-wide[1] have been promoted to partner from 2011 to 2018, the most recent year for which industry-wide data is available at Vault.com.

7. Attached as Exhibit 10 are excerpts from the transcript of Plaintiff Jaclyn Stahl's October 7, 2019 deposition in this matter.

8. Attached as Exhibit 11 are excerpts from the transcript of Plaintiff Saira Draper's October 7, 2019 deposition in this matter.

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] Vault.com represents that the industry-wide data is based on "demographic data for permanent attorney staff in the United States" collected from more than 220 law firms. See 2018 Vault/MCAA Law Firm Diversity Survey, VAULT & MCCA, available at https://www.mcca.com/wp-content/uploads/2018/11/2018-Vault-MCCA-Law-Firm-Diversity-Survey-Report.pdf.

Dated: January 24, 2020

Respectfully submitted,

/s/ *Terri L. Chase*
Terri L. Chase (*pro hac vice* granted)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939