# EXHIBIT 1

## U.S. Female Associate Composition

| Year | Jones Day | Industry Average |
|---|---|---|
| 2018 | 49.4% | 46.5% |
| 2017 | 48.9% | 46.2% |
| 2016 | 47.4% | 45.8% |
| 2015 | 45.8% | 45.2% |
| 2014 | 45.2% | 45.0% |
| 2013 | 46.2% | 45.0% |
| 2012 | 44.9% | 45.1% |
| 2011 | 46.4% | 45.4% |
| 2010 | 45.6% | 45.6% |
| 2009 | 44.9% | 45.4% |
| 2008 | 45.9% | 45.7% |

Notes: All figures derived from data available at Vault.com. Law Firm Diversity Database, VAULT & MCCA (last visited Jan. 10, 2019), http://mcca.vault.com. Data for the composition of Jones Day's associate pool varies slightly in some years from Jones Day's internal data, but is within a quarter of a percentage point.