# EXHIBIT 8

| Location | Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Irvine | Nilab Tolton | 2010 | October 2010 | January 2012 | July 2012 | July 2013 | July 2014 | July 2015 | July 2016 | July 2017 |
| | | | $160,000 | $160,000 | $180,000 | $200,000 | $215,000 | $225,000 | $225,000 | $225,000 |
| | | | | | | Source: JD_02199919 | | | | |
| Irvine | Jaclyn Stahl | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | Clerk | $170,000 | $185,000 | $205,000 | $260,000 | N/A | N/A | N/A |
| | | | | | | Source: JD_02199922 | | | | |
| Irvine | Meredith Williams | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $170,000 | $185,000 | $205,000 | $215,000 | N/A | N/A | N/A |
| | | | | | | Source: JD_02199925 | | | | |
| Irvine | Andrea Mazingo | 2014 | October 2014 | January 2016 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 | July 2021 |
| | | | $160,000 | $175,000 | $190,000 | $220,000 | N/A | N/A | N/A | N/A |
| | | | | | | Source: JD_02199916 | | | | |
| Atlanta | Saira Draper | 2011 | October 2011 | January 2013 | July 2013 | July 2014 | July 2015 | July 2016 | July 2017 | July 2018 |
| | | | $150,000 | $155,000 | $170,000 | $180,000 | $195,000 | $220,000 | $230,000 | $230,000 |
| | | | | | | Source: JD_02199907 | | | | |
| N.Y. | Katrina Henderson | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $160,000 | $180,000 | $180,000 | N/A | N/A | N/A | N/A |
| | | | | | | Source: JD_02199914 | | | | |
| Irvine | [redacted] | 2007 | October 2007 | January 2009 | July 2009 | July 2010 | July 2011 | July 2012 | July 2013 | July 2014 |
| | | | $160,000 | $175,000 | $175,000 | $175,000 | $190,000 | $205,000 | N/A | N/A |
| | | | | | | Source: JD_02199903 | | | | |

*Red text added by Jones Day

### Irvine

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2009 | October 2009 | January 2011 | July 2011 | July 2012 | July 2013 | July 2014 | July 2015 | July 2016 |
| | | $160,000 | $160,000 | $160,000 | $160,000 | N/A | N/A | N/A | N/A |
| Source: JD_02199918 | | | | | | | | | |

### Dallas

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2012 | October 2012 | January 2014 | July 2014 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 |
| | | Clerk | $170,000 | $185,000 | $205,000 | $220,000 | N/A | N/A | N/A |
| Source: JD_02199908 | | | | | | | | | |

### San Diego

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | $160,000 | $170,000 | $180,000 | $190,000 | $190,000 | N/A | N/A | N/A |
| Source: JD_02199952 | | | | | | | | | |

### Dallas

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | $160,000 | $170,000 | $180,000 | $185,000 | N/A | N/A | N/A | N/A |
| Source: JD_02199909 | | | | | | | | | |

### Houston/D.C.

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | $160,000 | $170,000 | $180,000 | $210,000 | $225,000 | N/A | N/A | N/A |
| Source: JD_02199906 | | | | | | | | | |

### Pittsburgh

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2014 | October 2014 | January 2016 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 | July 2021 |
| | | $145,000 | $150,000 | $170,000 | $175,000 | $190,000 | N/A | N/A | N/A |
| Source: JD_02199951 | | | | | | | | | |

### N.Y.

| Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | $160,000 | $175,000 | $210,000 | $265,000 | $350,000 | N/A | N/A | N/A |
| Source: JD_02199910 | | | | | | | | | |

| Location | Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Irvine | ▮ | 2010 | October 2010 | January 2012 | July 2012 | July 2013 | July 2014 | July 2015 | July 2016 | July 2017 |
| | | | $160,000 | $160,000 | $190,000 | $210,000 | $220,000 | $260,000 | $310,000 | $400,000 |
| | Source: JD_02199921 | | | | | | | | | |
| N.Y. | ▮ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $180,000 | N/A | N/A | N/A | N/A | N/A | N/A |
| | Source: JD_0219923 | | | | | | | | | |
| N.Y. | ▮ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $175,000 | N/A | N/A | N/A | N/A | N/A | N/A |
| | Source: JD_02199915 | | | | | | | | | |
| N.Y. | ▮ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $175,000 | N/A | N/A | N/A | N/A | N/A | N/A |
| | Source: JD_02199924 | | | | | | | | | |
| N.Y. | ▮ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $180,000 | N/A | N/A | N/A | N/A | N/A | N/A |
| | Source: JD_02199905 | | | | | | | | | |
| N.Y. | ▮ | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $160,000 | $175,000 | $210,000 | $265,000 | N/A | N/A | N/A | N/A |
| | Source: JD_02199911 | | | | | | | | | |
| Atlanta | ▮ | 2012 | October 2012 | January 2014 | July 2014 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 |
| | | | $150,000 | $155,000 | $170,000 | $185,000 | $230,000 | $265,000 | $315,000 | N/A |
| | Source: JD_02199904 | | | | | | | | | |

| Office | Name | JD Class Year | JD Year 1 | JD Year 2 | JD Year 2 | JD Year 3 | JD Year 4 | JD Year 5 | JD Year 6 | JD Year 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta | | 2013 | October 2013 | January 2015 | July 2015 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 |
| | | | $150,000 | $155,000 | $170,000 | $210,000 | $260,000 | $300,000 | N/A | N/A |
| | | | | | Source: JD_02199913 | | | | | |
| Atlanta | | 2014 | October 2014 | January 2016 | July 2016 | July 2017 | July 2018 | July 2019 | July 2020 | July 2021 |
| | | | $150,000 | $153,000 | $190,000 | $210,000 | $250,000 | N/A | N/A | N/A |
| | | | | | Source: JD_02199917 | | | | | |
| Atlanta | | 2015 | October 2015 | January 2017 | July 2017 | July 2018 | July 2019 | July 2020 | July 2021 | July 2022 |
| | | | $150,000 | $185,000 | $195,000 | $225,000 | N/A | N/A | N/A | N/A |
| | | | | | Source: JD_02199920 | | | | | |
| Irvine | | 2009 | October 2009 | July 2011 | July 2011 | July 2012 | July 2013 | July 2014 | July 2015 | July 2016 |
| | | | N/A | N/A | N/A | N/A | $230,000 | N/A | N/A | N/A |
| | | | | | Source: JD_02199912 | | | | | |

**Average Male Associate Salary in All Offices**

| Year 1 | Year 2 (Jan) | Year 2 (Jul) | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 |
|---|---|---|---|---|---|---|---|
| $156,765 | $168,500 | $183,214 | $205,000 | $232,273 | $257,500 | $312,500 | $400,000 |

In year 6, there were only 2 males and in year 7 only 1 male.

**Average Male Associate Salary in Irvine**

| Year 1 | Year 2 (Jan) | Year 2 (Jul) | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 |
|---|---|---|---|---|---|---|---|
| $160,000 | $165,000 | $175,000 | $181,667 | $213,333 | $232,500 | $310,000 | $400,000 |

In years 6 and 7 there was only 1 male.