# EXHIBIT M



**PERSONAL & CONFIDENTIAL**

**Saira Draper:**

The Firm has now completed a comprehensive review and evaluation of the work of its non-Partner lawyers. The evaluation process began in January and culminates with compensation decisions.

The Practice Leaders have been asked to discuss the results of this year's performance review with all lawyers in their respective areas.

Effective July 1, 2018, your salary will remain at the annual rate of $230,000. Your salary reflects both a merit-based and market-based adjustment. The next regular salary adjustment will occur on July 1, 2019.

The Firm treats all lawyer compensation as confidential. If you have any questions about your salary, please speak with your office's Partner-in-Charge.

Thank you for your efforts on behalf of the Firm and its clients.

Stephen J. Brogan<br>
202-879-3926<br>
4-3926

June 22, 2018

HIGHLY CONFIDENTIAL-
COUNSEL/EXPERTS ONLY

JD_00000107