# EXHIBIT N

**From:**          Elizabeth M Berner <eberner@JonesDay.com>
**Sent:**          Tuesday, February 17, 2015 4:09 PM
**Subject:**       2015 Vault Associate Survey

**Importance:**         High

I've been asked to distribute this to you on behalf of Richard Grabowski.

Vault publishes a guide to the top law firms each year.  Law students use the Vault guide (along with other surveys and guides) as a resource during the on-campus interview season.  The Firm has decided to participate again in Vault's annual survey of Associates.  The survey is available and conducted online; a link is attached.

The Firm is increasingly inundated with survey requests from the media, and thus, Firm policy discourages lawyers from communicating with the media or participating in surveys about the Firm (see Section III(I)(3) of the Firm Manual).  Completion of this survey is an approved exception to that policy, and I encourage you to respond.

The survey includes a specific request for salary and bonus information.  While the Firm naturally cannot dictate your personal response to the survey questions, I would remind you that both the Firm's policy and its culture are not to divulge, exchange or publish specific salary information.  Accordingly, I would request that you leave questions seeking specific salary/bonus amounts blank.

Responses are due by February 27.  The results will appear in the Fall version of the "Vault Guide to the Top 100 Law Firms" and excerpts will appear at Vault.com.  Should you participate, please bear in mind that any narrative response could be quoted and that readers, particularly law students, frequently consult publications such as the "Vault Guide" in assessing their employment alternatives.

**http://vault.qualtrics.com/WRQualtricsSurveyEngine/?SID=SV_9AyAa3yfYpNorpr&RID=MLRP_7OIYkLa
7kgzRFIN&_=1**

Additional Information. Vault has informed us that there have been issues for those who use Internet Explorer to complete the survey.  Please use an alternative browser such as Chrome.  It is available in the Jones Day App Installer.  If you begin the survey in Internet Explorer and your browser freezes or stalls, please contact Emily Kuo at ekuo@vault.com and she will send you a new link to continue taking the survey in a different browser. Do not attempt to switch browsers midway through the survey without receiving a new link from Vault.

Richard Grabowski
3-7514

Elizabeth M. Berner (Liz)
Recruiting Manager
Southern California Region
**JONES DAY® - One Firm Worldwide℠**

555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071-2300
Office +1.213.243.2428
eberner@jonesday.com

CONFIDENTIAL
PRIVILEGED-CLIENT CONFIDENTIAL

JD_00993123