# EXHIBIT P

| | |
|---|---|
| **From:** | Nancy A. Candela <nacandela@JonesDay.com> |
| **Sent:** | Friday, February 19, 2016 7:31 AM |
| **To:** | Nancy A. Candela |
| **Subject:** | 2016 Vault Survey |

Vault publishes a guide to the top law firms each year that is a primary resource for law students during the on-campus interview season. The Firm has decided to participate again in Vault's annual survey of Associates. The survey will be available online, and a link is attached.

Since the Firm is increasingly inundated with survey requests from the media, Firm policy discourages lawyers from communicating with the media or participating in surveys about the Firm (see Section III(I)(3) of the Firm Manual). Completion of this survey is an approved exception to that policy, and I encourage you to respond.

The survey includes a specific request for salary and bonus information. While the Firm naturally cannot dictate your personal response to the survey questions, I would remind you that both the Firm's policy and its culture are not to divulge, exchange or publish specific salary information. Accordingly, I would request that you leave questions seeking specific salary/bonus amounts blank.

Responses are due by Friday, March 4. The results will appear in the Fall version of the "Vault Guide to the Top 100 Law Firms" and excerpts will appear at Vault.com. Your identity will remain anonymous to the Firm and to the public. Should you participate, please bear in mind that any narrative response could be quoted and that readers, particularly law students, frequently consult publications such as the "Vault Guide" in assessing their employment alternatives.

To begin the survey, click on the link below or copy and paste it into your browser (do not add "www" or anything else to the URL address). No passwords are required. The survey generally takes between 20 and 25 minutes to finish.

http://vault.qualtrics.com/SE?SID=SV_7QEIXXRpJf6krOZ&RID=MLRP_eLqLYJ7DMYkbNbf&Q_CHL=email
**Please complete the survey by Friday, March 4, 2016.**
If you encounter any problems, please contact Shelby Kern at skern@vault.com.
PS: Some of you received an email that indicated the Vault survey is restricted to certain class years. That was an error. The Vault survey is open to associates across all class years.

Jolie A. Blanchard
Firm Director of Recruiting
Firm Recruiting
**JONES DAY® - One Firm Worldwide℠**

51 Louisiana Ave, NW
Washington, DC  20001
Office +1.202.879.3788

CONFIDENTIAL
PRIVILEGED-CLIENT CONFIDENTIAL

JD_01043365