IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NILAB RAHYAR TOLTON, *et al.* on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JONES DAY, a General Partnership,

Defendant.

Civil Action No. 1:19-cv-00945 (RDM)

## DECLARATION OF LIZANNE THOMAS

I, Lizanne Thomas, declare as follows:

Background

1. My name is Lizanne Thomas. I am over the age of 18 and am otherwise competent to make this declaration.

2. All the statements in this declaration are true and accurate and are based on my personal knowledge.

3. I am a partner at Jones Day, resident in the Atlanta office. My business address is 1420 Peachtree Street, NE, Suite 800, Atlanta, Georgia, 30309. I received an undergraduate degree from Furman University, cum laude, and a Juris Doctorate from Washington and Lee University, where I was Managing Editor of the Law Review.

4. After graduation from law school, I joined the law firm then known as Hansell, Post, Brandon & Dorsey in June of 1982. In 1985, the firm was renamed Hansell & Post. On July 1, 1989, Hansell & Post merged with Jones Day (then named Jones Day Reavis & Pogue). I

joined Jones Day (the "Firm") as an associate with that merger and became a partner on January 1, 1991.

5. I was a member of the Firm's Advisory Committee from August 25, 1998 to October 30, 2019, and a member of the Firm's Partnership Committee from September 29, 2010 to October 30, 2019.

6. I served as the Firm's Administrative Partner in the years 2003 through 2007.

7. I assumed the role of Partner-In-Charge of the Atlanta office on January 1, 2008, and served in that role until June 30, 2014.

8. On July 1, 2014, I assumed the role of Regional Partner-In-Charge of the Southern U.S. Region, which at that time included the Atlanta, Dallas, and Houston offices (the "Region"). I served in the role until December 31, 2018.

9. On January 1, 2019, I assumed the role of Regional Partner-In-Charge of the Southeast U.S. Region, which includes the Atlanta and Miami offices. I continue to serve in that role today.

10. As Partner-In-Charge of the Atlanta office and as Regional Partner-in-Charge, I have been involved for more than a decade in associate compensation decisions for all Atlanta office associates. When making salary recommendations for Atlanta associates, my goal was to be competitive at or near the top of the Atlanta market for our top performers.

11. In June of 2016, a New York City law firm publicly announced that it was raising starting salaries from $160,000 to an annual salary of $180,000, and other firms began announcing similar increases in starting salaries. The office PICs had previously submitted their salary recommendations and the compensation adjustments were due to be communicated to associates shortly. Given the short time left before salary letters were due to be distributed, the

Firm's Managing Partner, Steve Brogan, asked me to determine what, if any, further changes were needed for the Atlanta office and other offices in my region.

12. Up until that time, the starting salary in Jones Day's Atlanta office was $150,000. Practice Services sent me a spreadsheet showing that Steve Brogan had tentatively proposed increasing the starting salary in Atlanta to $160,000. I communicated with Steve Brogan about what the starting salary should be for Atlanta and he approved increasing it to $180,000. While this now matched the base salaries paid by many large firms in New York, I did not consider the overall salary scales and bonus practices of New York firms to be relevant to the Atlanta market.

13. Absent further adjustments, the $30,000 increase in starting salary would have put the new class of 2016 lawyers ahead of the previously proposed compensation for some of the classes senior to them. I therefore made additional adjustments to the proposed salaries of most of the Atlanta associates, including increasing Saira Draper's compensation to $220,000. I also made upward adjustments to the previously proposed salaries of the four junior male Atlanta associates that Saira Draper has identified in this litigation as her comparators, one of whom was a class of 2015 associate who would not otherwise have been eligible for a compensation adjustment until the following January but for the increase in starting salary. The revised compensation numbers I submitted to Practice Services in mid-June 2016 became the final numbers for the Atlanta office.

14. In June 2018, similar to 2016, a number of law firms announced increases in their starting salaries from $180,000 to $190,000 shortly before the Firm's final compensation adjustments were scheduled to be communicated to associates. As in 2016, I agreed that the Atlanta office starting salary should be increased to $190,000, which necessitated further adjustments to the recommendations previously submitted by the Atlanta office for the more

-4-

junior classes of associates. The Atlanta office did not propose any salary increase for Saira Draper that year because she had been advised to seek other employment; the office proposal regarding Draper's compensation was approved and her compensation remained flat until her departure in early October 2018.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 8, 2020

_____
Lizanne Thomas