# Chase Declaration Exhibit 1

| | |
|---|---|
| **From:** | Darren K Cottriel <dcottriel@jonesday.com> |
| **Sent:** | Friday, July 1, 2016 9:23 AM |
| **To:** | David Kiernan |
| **Subject:** | Sorry, I now have to do a client call at 11 am today |

I can join the AP call once the client call is done, but that likely won't be until 11:45 am.  I can call you this afternoon to catch you up on Irvine.   The important Irvine points are:

- 
- 
- 
- 

**Nonresponsive**

- We have many unhappy associates over their compensation.  In particular, the 2nd through 6th year associates are unhappy because the Firm did not match the Cravath scale for those class years.  They expected that if the Firm was going to match for first year lawyers that it would do so for all other years as well -- so they expected a $20k market increase in addition to their performance based increases.  They now believe they are compensated below the market scale for their years for base salary, not to mention market bonus amounts.  Some of them also expressed that their performance based increases were below what they had anticipated based on good performance.  Most of the folks who have complained to me are good performers and not the typical ones you expect to complain -- so I think this is more of an issue than the typical greedy associate complaining we hear every year.

Darren K. Cottriel

Partner

**JONES DAY® - One Firm Worldwide℠**

3161 Michelson Drive, Suite 800

Irvine, California 92612-4408

Office +1.949.553.7548

dcottriel@jonesday.com

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                      JD_02202778