# Chase Declaration
# Exhibit 2

| | |
|---|---|
| **From:** | Stephen J. Brogan <CN=Stephen J. Brogan/O=JonesDay> |
| **Sent:** | Thursday, June 9, 2016 3:45 PM |
| **To:** | Michael R. Shumaker |
| **Cc:** | Sharyl A. Reisman; Wesley R. Johnson Jr; "Lizanne Thomas"; "Christopher M Kelly"; "Gregory Shumaker" |
| **Subject:** | Re: Annual Adjustments |

M,

Please also get : 1) Lizanne the numbers for the Southern Region plus Columbus and Pitt; 2) Chris the numbers for Cle/Pitt and Col; and 3) Greg the numbers for Washington.

--------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

--------------------

| | |
|---|---|
| From: | Michael R. Shumaker |
| To: | Stephen Brogan |
| Cc: | Sharyl Reisman; Wesley Johnson Jr |
| Date: | 06/09/2016 05:17 PM EDT |
| Subject: | RE: Annual Adjustments |

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                                                                      JD_02206287

Yes. I'm sorry. I referenced the letters so you understood why I sent the spreadsheet to Suzanne. She is also inputting your changes into the spreadsheet and will break them up by city, and we will then deliver the city specific adjustments to the relevant offices.  I sent it to her as soon as I received the sheet this morning so I suspect she will be done shortly. I'll make sure all the PICs you referenced have your proposed adjustments no later then tomorrow morning.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                                       JD_02206288

--------Original Message--------

From : Stephen J. Brogan/JonesDay

To : Michael R. Shumaker/JonesDay@JonesDay

cc : "Sharyl A. Reisman" ,"Wesley R. Johnson Jr"

Sent on :06/09/2016 05:00:56 PM EDT

Subject : Re: Fw: Annual Adjustments

Mike,

   I don't want the letters prepared until my numbers are sent back to the PICs ( see below). I want to discuss the numbers in light of the Cravath move. I will need a revised pdf for those discussions. We need to move on this. I want to start with Wesley.

------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

--------------------

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                                                JD_02206289

| From: | Michael R. Shumaker |
| To: | Stephen Brogan |
| Cc: | |
| Date: | 06/09/2016 04:52 PM EDT |
| Subject: | Re: Fw: Annual Adjustments |

I sent a pdf of your changes to Suzanne Coussons in Dallas this morning so she can start preparing the requisite comp letters.  I am sending her the original overnight so she has the most legible copy.

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02206290

I spoke with Sharyl and she was planning on sending an email to you confirming what appears to be your take on things from your revisions, i.e., we will be going to 180 K for the first years in the major metropolitan markets, i.e.,  NYC, DC, Chicago, Boston, Miami, Texas and California.  I told her that we should make sure of our interpretation before anything was communicated more broadly.

The other question we discussed is whether we intend to apply this to our current summers.  Many of our peer firms are.  I was getting info from Post re how much of a financial adjustment that would be for us.

Michael R. Shumaker (bio)

Partner

**JONES DAY® - One Firm Worldwide℠**

51 Louisiana Avenue, NW

Washington DC 20001-2113

Office +1.202.879.4676

mrshumaker@jonesday.com

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                    JD_02206291

From:

Stephen J. Brogan/JonesDay

To:

"Michael R. Shumaker"

Date:

06/09/2016 04:44 PM

Subject:

Fw: Annual Adjustments

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                                                                      JD_02206292

Where does this process stand?

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

-------------------

----- Original Message -----

**From:** Stephen J. Brogan

**Sent:** 06/08/2016 03:52 PM EDT

**To:** Michael Shumaker; Sharyl Reisman; Marta Turney

**Subject:** Re: Annual Adjustments

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                    JD_02206293

Marta,

My changes are in an envelope outside the front door. Have Kip pick them up.

Mike and Sharyl,

I have taken some account of Cravath's move. I have done some feathering but want the PICs to look at my nos and get back to me.

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

-------------------

| From: | Michael R. Shumaker |
|---|---|
| To: | Stephen Brogan |
| Cc: | |
| Date: | 06/08/2016 10:32 AM EDT |
| Subject: | Annual Adjustments |