# Chase Declaration Exhibit 11

## Jones Day
### (jonesdaycareers.com)



## Basic Information

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Organization Size: 2500
Office Size: 139
**Hiring Attorney:**
Mr. Joel T. May

**Recruiting Contact:**
Ms. Marisa Reeves
Recruiting Manager
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia (GA) 30309
United States
**Phone:** 404-581-8129
mreeves@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 33 | 39 | 13 | 2 | 7 |
| | Women | 10 | 30 | 6 | 2 | 8 |
| | Total | 43 | 69 | 19 | 4 | 15 |
| **Hispanic/Latino** | Men | 0 | 1 | 0 | 0 | 1 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **White** | Men | 31 | 30 | 11 | 2 | 5 |
| | Women | 8 | 25 | 5 | 2 | 5 |
| **Black/African American** | Men | 2 | 2 | 1 | 0 | 1 |
| | Women | 1 | 3 | 1 | 0 | 3 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **Asian** | Men | 0 | 6 | 0 | 0 | 0 |
| | Women | 1 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 0 | 1 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189413

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| General Practice | New Lawyers Group | | | 5 | |
| Appellate | Issues and Appeals | 1 | | 1 | |
| Banking, Finance | Banking, Finance & Securities | 4 | 3 | 10 | |
| Business, Corporate | Mergers & Acquisitions | 6 | 1 | 12 | |
| Energy | Energy | 2 | | | |
| Intellectual Property | Intellectual Property | 3 | 2 | 2 | |
| Labor and Employment | Labor & Employment | 2 | 1 | 2 | |
| Real Estate, Land Use | Real Estate | 3 | | 4 | |
| Litigation | Business & Tort Litigation | 7 | 6 | 21 | 3 |
| Litigation | Securities Litigation | 2 | | 1 | |
| Tax | Tax | 3 | 1 | 3 | |
| Government, Regulatory, Administrative | Health Care & Life Sciences | 2 | | 1 | |
| Government, Regulatory, Administrative | Government Regulation | | 2 | | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | 2 | |
| Banking, Finance | Financial Institutions, Litigation and Regulation | 1 | 1 | 1 | 1 |
| Business, Corporate | Business Restructuring and Reorganization | 2 | | 1 | |
| Labor and Employment | Employee Benefits & Executive Compensation | 2 | 1 | 2 | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | | 2017 | Prior Summer Associates | 2018 |
| Entry-level | 12 | 12 | | 6 | 6 | 8 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 2 | | | 0 | | |
| Lateral Associates | 4 | 1 | | 6 | | |
| All Other Laterals (non-traditional track) | 2 | | | 0 | | |
| Post-Clerkship | | | | 1 | | 1 |
| L.L.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 7 | 1 | | 12 | 2 | 12 |
| 1Ls | 2 | 1 | | 2 | 1 | 3 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 12 |
| Number of offers made to summer 2L associates | 12 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

JD_02189414

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico

JD_02189415

Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

For more details, visit www.nalpdirectory.com                     NALP Copyright 2018

JD_02189416

Jones Day
(jonesdaycareers.com)



## Basic Information

100 High Street
Boston, MA 02110-1781
Organization Size: 2500
Office Size: 41
Hiring Attorney:
Mr. Christopher M. Morrison

Recruiting Contact:
Ms. Shari Friedman
Recruiting Manager
250 Vesey Street
New York, New York (NY) 10281-1047
United States
Phone: 212-326-3949
sfriedman@jones.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| Summer Compensation | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 13 | 11 | 3 | 0 | 1 |
| | Women | 6 | 7 | 1 | 0 | 4 |
| | Total | 19 | 18 | 4 | 0 | 5 |
| Hispanic/Latino | Men | 1 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 1 |
| White | Men | 12 | 9 | 3 | 0 | 1 |
| | Women | 6 | 5 | 1 | 0 | 3 |
| Black/African American | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

JD_02189417

Jones Day (jonesdaycareers.com)



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Banking, Finance | Banking, Finance & Securities | 2 | 1 | 3 | |
| Intellectual Property | Intellectual Property | 2 | | 2 | |
| Government, Regulatory, Administrative | Health Care & Life Sciences | 1 | | | |
| Appellate | Issues & Appeals | 1 | | 1 | |
| General Practice | New Lawyers Group | | | 2 | |
| Real Estate, Land Use | Real Estate | 2 | 1 | 2 | |
| Tax | Tax | 1 | | 2 | |
| Banking, Finance | Financial Institutions Litigation & Regulation | 2 | | 3 | |
| Banking, Finance | Mergers & Acquisitions | 1 | | 1 | |
| Banking, Finance | Private Equity | 1 | | 1 | |
| Business, Corporate | Antitrust & Competition Law | 1 | | | |
| Business, Corporate | Business & Tort Litigation | 3 | 2 | 2 | |
| Business, Corporate | Cybersecurity, Privacy and Data Protection | 1 | | | |
| Business, Corporate | Securities Litigation & SEC Enforcement | 1 | | | |

## HIRING & RECRUITMENT

| | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | | 2017 | Prior Summer Associates | 2018 |
| Entry-level | 2 | 2 | | 1 | 1 | 2 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 1 | | | 1 | | |
| Lateral Associates | 3 | | | 3 | | 2 |
| All Other Laterals (non-traditional track) | | | | 1 | | 1 |
| Post-Clerkship | 1 | 1 | | 1 | | 2 |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | 1 | | | | | |
| 2Ls | 3 | | | 5 | 2 | 5 |
| 1Ls | 3 | | | 1 | | |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 3 |
| Number of offers made to summer 2L associates | 3 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

Diversity Contact: Ms. Jennifer Shumaker
Diversity Website/URL: http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect

JD_02189418

and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Jones Day compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to

lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

     NALP Copyright 2018

JD_02189420

Jones Day
(jonesdaycareers.com)



## Basic Information

77 West Wacker
Chicago, IL 60601-1692
Organization Size: 2500
Office Size: 170
Hiring Attorney:
Mr. Timothy J. Heverin

Recruiting Contact:
Ms. Jeananne Metskas
Recruiting Manager
77 West Wacker
Chicago, Illinois (IL) 60601-1692
United States
Phone: 312-269-1527
jmetskas@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| Summer Compensation | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 60 | 32 | 0 | 0 | 8 |
| | Women | 24 | 52 | 2 | 1 | 16 |
| | Total | 84 | 84 | 2 | 1 | 24 |
| Hispanic/Latino | Men | 3 | 0 | 0 | 0 | 2 |
| | Women | 0 | 2 | 0 | 0 | 2 |
| White | Men | 56 | 26 | 0 | 0 | 4 |
| | Women | 24 | 40 | 2 | 1 | 12 |
| Black/African American | Men | 0 | 2 | 0 | 0 | 1 |
| | Women | 0 | 5 | 0 | 0 | 1 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 1 | 3 | 0 | 0 | 1 |
| | Women | 0 | 1 | 0 | 0 | 1 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 4 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

Jones Day (jonesdaycareers.com)



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Litigation | Antitrust & Competition | 3 | 1 | 1 | |
| Banking, Finance | Banking, Finance & Securities | 9 | 1 | 8 | |
| Litigation | Investigations & White Collar Defense | 1 | 2 | 1 | |
| Tax | Employee Benefits & Executive Compensation | 4 | | 4 | |
| Energy | Energy | 1 | 1 | 1 | |
| Government, Regulatory, Administrative | Government Regulation | | 1 | | |
| Government, Regulatory, Administrative | Health Care | 3 | | 1 | |
| Intellectual Property | Intellectual Property | 8 | | 5 | |
| Appellate | Issues & Appeals | 1 | | 1 | |
| Labor and Employment | Labor & Employment | 8 | 1 | 10 | |
| Business, Corporate | Mergers & Acquisitions | 4 | | 5 | |
| General Practice | New Lawyers Group | | | 13 | |
| Business, Corporate | Private Equity | 4 | | 3 | |
| Real Estate, Land Use | Real Estate | 5 | 1 | 6 | |
| Litigation | Securities Litigation & SEC Enforcement | | 1 | | |
| Tax | Tax | 2 | | 3 | |
| Bankruptcy | Business Restructuring & Reorganization | 3 | | 2 | |
| Litigation | Business & Tort Litigation | 17 | 1 | 19 | 1 |
| Litigation | Financial Institutions Litigation & Regulation | 2 | | 1 | |
| Litigation | Cybersecurity Privacy & Data Protection | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 10 | 8 | 12 | 9 | | 21 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 3 | | 4 | | | |
| Lateral Associates | 9 | 1 | 10 | | | |
| All Other Laterals (non-traditional track) | 1 | | | | | |
| Post-Clerkship | 1 | | 1 | 1 | | 2 |
| LL.M.s (U.S.) | 1 | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | | 15 | 25 | 4 | | 20 |
| 1Ls | | 4 | 4 | | | 3 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 25 |
| Number of offers made to summer 2L associates | 24 |

JD_02189422

| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |
|---|---|

## Diversity & Inclusion

Diversity Contact: Ms. Jennifer Shumaker
Diversity Website/URL: http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?

Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE

Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM

Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

JD_02189423

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

                                    NALP Copyright 2018

JD_02189424

## Jones Day
## (jonesdaycareers.com)



## Basic Information

North Point
901 Lakeside Ave.
Cleveland, OH 44114-1190
Organization Size: 2500
Office Size: 199
**Hiring Attorney:**
Ms. Adrienne F. Mueller

**Recruiting Contact:**
Ms. Paula T. Nylander
Recruiting Manager
North Point
901 Lakeside Ave.
Cleveland, Ohio (OH) 44114-1190
United States
**Phone:** 216-586-1034
ptnylander@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 48 | 59 | 12 | 1 | 12 |
| | Women | 12 | 53 | 8 | 4 | 5 |
| | Total | 60 | 112 | 20 | 5 | 17 |
| **Hispanic/Latino** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **White** | Men | 47 | 57 | 12 | 1 | 12 |
| | Women | 12 | 52 | 8 | 4 | 4 |
| **Black/African American** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 1 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 1 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189425

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Appellate | Appellate | 1 | | 1 | |
| Banking, Finance | Banking / Finance (includes Capital Markets) | 5 | | 18 | |
| Banking, Finance | Financial Institutions | 1 | | 1 | |
| Business, Corporate | Antitrust | 2 | 2 | 1 | |
| Business, Corporate | Bankruptcy | 4 | | 3 | 1 |
| Business, Corporate | Insurance Recovery | 1 | | | |
| Business, Corporate | Litigation | 12 | 3 | 32 | 2 |
| Business, Corporate | Mergers & Acquisitions | 5 | | 9 | |
| Business, Corporate | Private Equity | 6 | 1 | 10 | 1 |
| Business, Corporate | Securities | 2 | | | |
| Business, Corporate | White Collar Crime | 1 | 1 | | |
| Government, Regulatory, Administrative | Government Regulatory | 1 | | | |
| Government, Regulatory, Administrative | Health Care | 2 | | 1 | |
| Intellectual Property | Intellectual Property | 13 | 4 | 5 | |
| Labor and Employment | Labor and Employment | | | 4 | |
| Labor and Employment | Employee Benefits | 2 | 4 | 3 | 1 |
| Real Estate, Land Use | Real Estate | 2 | 3 | 5 | |
| Tax | Tax | | 1 | | |
| General Practice | New Lawyers Group | | | 19 | |

## HIRING & RECRUITMENT

| | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | | 2017 | Prior Summer Associates | 2018 |
| Entry-level | 18 | 15 | | 17 | 15 | 19 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 1 | 1 | | | | |
| Lateral Associates | 7 | 2 | | 2 | | |
| All Other Laterals (non-traditional track) | | | | 3 | | |
| Post-Clerkship | 1 | 1 | | 3 | 3 | 2 |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | | 18 | | 23 | | 17 |
| 1Ls | | 1 | | | | |

| | | |
|---|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 23 | |
| Number of offers made to summer 2L associates | 23 | |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. | |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

JD_02189427

STABILITY

In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM

The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS

Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT

The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY

We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

NALP Copyright 2018

JD_02189428

## Jones Day
## (jonesdaycareers.com)



### Basic Information

P.O. Box 165017
Columbus, OH 43216-5017
Organization Size: 2500
Office Size: 50
**Hiring Attorney:**
Mr. Edward M. Carter

**Recruiting Contact:**
Ms. Whitney Secrest
Recruiting Coordinator
P.O. Box 165017
Columbus,, Ohio (OH) 43216-5017
United States
**Phone:** 614-281-3922
wsecrest@jonesday.com

### Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

### Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

### Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

### Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

### Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 10 | 17 | 5 | 1 | 3 |
| | Women | 6 | 12 | 0 | 0 | 4 |
| | Total | 16 | 29 | 5 | 1 | 7 |
| **Hispanic/Latino** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **White** | Men | 10 | 16 | 5 | 1 | 1 |
| | Women | 2 | 11 | 0 | 0 | 4 |
| **Black/African American** | Men | 0 | 0 | 0 | 0 | 1 |
| | Women | 1 | 0 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 0 | 0 | 0 | 0 | 1 |
| | Women | 1 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 2 | 1 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189429

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Litigation | Business and Tort Litigation (USA) | 7 | | 11 | 1 |
| Litigation | Securities Litigation & SEC Enforcement | 1 | | | |
| Litigation | Issues & Appeals | | | 2 | |
| Business, Corporate | Mergers & Acquisitions | 1 | 1 | 2 | |
| Business, Corporate | Private Equity | 1 | | 4 | |
| Labor and Employment | Labor & Employment | 1 | | 2 | |
| Real Estate, Land Use | Real Estate | 1 | | 1 | |
| Government, Regulatory, Administrative | Health Care | 4 | 1 | 2 | |
| General Practice | New Lawyers Group | | | 5 | |
| Bankruptcy | Business Restructuring & Reorganization | | 2 | | |
| Litigation | Cybersecurity, Privacy & Data Protection | | 1 | | |

## HIRING & RECRUITMENT

| | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 4 | 4 | 4 | 4 | | 4 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | | | | | | |
| Lateral Associates | 2 | 1 | 1 | | | |
| All Other Laterals (non-traditional track) | | | | | | |
| Post-Clerkship | | | 3 | 3 | | 2 |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 8 | | 6 | | | 6 |
| 1Ls | | | 1 | | | 1 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 6 |
| Number of offers made to summer 2L associates | 6 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

JD_02189430

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

JD_02189431

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM

The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS

Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT

The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY

We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189432

**Jones Day**
**(jonesdaycareers.com)**



## Basic Information

2727 N. Harwood Street
Dallas, TX 75201-1515
Organization Size: 2500
Office Size: 102
**Hiring Attorney:**
Mr. Alain Dermarkar

**Recruiting Contact:**
Ms. Julie Stone
Recruiting Manager
2727 N. Harwood Street
Dallas, Texas (TX) 75201-1515
United States
**Phone:** 214-969-5240
jastone@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 31 | 23 | 5 | 5 | 10 |
| | Women | 7 | 26 | 3 | 1 | 9 |
| | Total | 38 | 49 | 8 | 6 | 19 |
| **Hispanic/Latino** | Men | 2 | 2 | 0 | 0 | 3 |
| | Women | 1 | 7 | 0 | 0 | 0 |
| **White** | Men | 28 | 18 | 4 | 4 | 7 |
| | Women | 6 | 15 | 3 | 1 | 9 |
| **Black/African American** | Men | 0 | 0 | 1 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 1 | 3 | 0 | 1 | 0 |
| | Women | 0 | 2 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189433

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Appellate | Issues & Appeals | 1 | 1 | | |
| Banking, Finance | Banking & Finance | 2 | | | |
| General Practice | New Lawyers Group | | | 4 | |
| Intellectual Property | Intellectual Property | 3 | | 3 | |
| Labor and Employment | Labor & Employment | 3 | | 3 | |
| Real Estate, Land Use | Real Estate | 5 | 2 | 6 | |
| Business, Corporate | Mergers & Acquisitions | 4 | | 7 | |
| Tax | Tax | 4 | 1 | 1 | |
| Government, Regulatory, Administrative | Health Care & Life Sciences | 1 | | 1 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | | |
| Arbitration, Dispute Resolution, Mediation | Global Disputes | 1 | | 1 | |
| Banking, Finance | Banking/Finance & Securities | 3 | | 3 | |
| Banking, Finance | Private Equity | 1 | | | |
| Business, Corporate | Securities Litigation & SEC Enforcement | 4 | 3 | 3 | 6 |
| Business, Corporate | Business Restructuring & Reorganization | 2 | | 3 | |
| Business, Corporate | Financial Institutions Litigation & Regulation | 1 | | | |
| Business, Corporate | Antitrust | | | 1 | |
| Labor and Employment | Employee Benefits & Executive Compensation | | | 2 | |
| Litigation | Business & Tort Litigation | 2 | 1 | 12 | |

## HIRING & RECRUITMENT

| | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | | 2017 | Prior Summer Associates | 2018 |
| Entry-level | 4 | 4 | | 5 | 4 | 3 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | | | | | | |
| Lateral Associates | 4 | 1 | | 10 | | |
| All Other Laterals (non-traditional track) | 1 | | | | | |
| Post-Clerkship | | | | | | |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | | 7 | | 9 | 2 | 15 |
| 1Ls | | 3 | | 5 | 1 | 4 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 9 |
| Number of offers made to summer 2L associates | 9 |

General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm.

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

JD_02189435

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189436

# Jones Day
# (jonesdaycareers.com)



## Basic Information

150 West Jefferson
Suite 2100
Detroit, MI 48226-4438
Organization Size: 2500
Office Size: 17
**Hiring Attorney:**
Mr. David Rutkowski

**Recruiting Contact:**
Ms. Christie Meyer
Recruiting Manager
150 West Jefferson Street
Suite 2100
Detroit, Michigan (MI) 48226-4438
United States
**Phone:** 415-875-5778
clmeyer@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 6 | 3 | 0 | 0 | 3 |
| | Women | 2 | 8 | 0 | 0 | 1 |
| | Total | 8 | 11 | 0 | 0 | 4 |
| Hispanic/Latino | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| White | Men | 6 | 3 | 0 | 0 | 3 |
| | Women | 2 | 8 | 0 | 0 | 1 |
| Black/African American | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

JD_02189437

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Business, Corporate | Banking, Finance & Securities, M&A, Private Equity, Real Estate | 1 | | 3 | |
| Litigation | Securities Litigation, Business & Tort Litigation | 5 | | 3 | |
| Appellate | Appellate | | | 2 | |
| Intellectual Property | Intellectual Property | 1 | | 2 | |
| Government, Regulatory, Administrative | Health Care | 1 | | 1 | |

## HIRING & RECRUITMENT

| | Began Work In | | | | Expected |
|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | 2018 |
| Entry-level | | | | | 1 |
| Entry-level (non-traditional track) | | | | | |
| Lateral Partners | 1 | 1 | 2 | | |
| Lateral Associates | 2 | 1 | 3 | | |
| All Other Laterals (non-traditional track) | 1 | | | | |
| Post-Clerkship | | | 1 | | 1 |
| LL.M.s (U.S.) | | | | | |
| LL.M.s (non-U.S.) | | | | | |
| SUMMER | | | | | |
| Post-3Ls | | | 1 | | |
| 2Ls | | | 3 | | 4 |
| 1Ls | 1 | | | | |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 3 |
| Number of offers made to summer 2L associates | 3 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?

Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE

Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

JD_02189438

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS

Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They are also included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

JD_02189440

## Jones Day
### (jonesdaycareers.com)



nalp *We advance law careers*

## Basic Information

717 Texas
Suite 3300
Houston, TX 77002-2712
Organization Size: 2500
Office Size: 46
**Hiring Attorney:**
Mr. Stephen Olson

**Recruiting Contact:**
Ms. Sarah Comeaux
Recruiting Manager
717 Texas
Suite 3300
Houston, Texas (TX) 77002-2712
United States
**Phone:** 832-239-3723
scomeaux@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 15 | 9 | 2 | 0 | 3 |
| | Women | 6 | 14 | 0 | 0 | 3 |
| | Total | 21 | 23 | 2 | 0 | 6 |
| **Hispanic/Latino** | Men | 0 | 2 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 1 |
| **White** | Men | 13 | 7 | 2 | 0 | 2 |
| | Women | 6 | 13 | 0 | 0 | 2 |
| **Black/African American** | Men | 0 | 0 | 0 | 0 | 1 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 2 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189441

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Bankruptcy | Business Restructuring and Reorganization | 2 | | | |
| Energy | Energy | 4 | | 6 | |
| Intellectual Property | Intellectual Property | 3 | | 1 | |
| Labor and Employment | Labor & Employment | 1 | | 1 | |
| Litigation | Business and Tort Litigation | 5 | | 8 | |
| Litigation | Securities Litigation & SEC Enforcement | 1 | | | |
| General Practice | New Lawyers Group | | | 2 | |
| Arbitration, Dispute Resolution, Mediation | Global Disputes | | 1 | | |
| Business, Corporate | Mergers & Acquisitions | 1 | 1 | 2 | |
| Litigation | Investigations & White Collar Defense | 1 | | | |
| Appellate | Issues & Appeals | | | 1 | |
| Banking, Finance | Banking/Finance & Securities | 2 | | | |
| Business, Corporate | Antitrust & Competition | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 5 | 5 | 2 | 2 | | 2 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 1 | | 2 | | | |
| Lateral Associates | | | | | | |
| All Other Laterals (non-traditional track) | 1 | 1 | | | | |
| Post-Clerkship | | | | | | |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| **SUMMER** | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 4 | | 4 | 1 | | 4 |
| 1Ls | 4 | | 4 | 1 | | 4 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 4 |
| Number of offers made to summer 2L associates | 2 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and

dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and

JD_02189443

strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

JD_02189444

**Jones Day**
**(jonesdaycareers.com)**



## Basic Information

3161 Michelson Drive
Suite 800
Irvine, CA 92612
Organization Size: 2500
Office Size: 53
**Hiring Attorney:**
Mr. Edward S. Chang

**Recruiting Contact:**
Ms. Elizabeth Berner
Recruiting Manager, Southern California
555 South Flower Street
50th Floor
Los Angeles, California (CA) 90071
United States
**Phone:** 213-243-2428
eberner@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 18 | 15 | 2 | 3 | 5 |
| | Women | 1 | 8 | 2 | 5 | 2 |
| | Total | 19 | 23 | 4 | 8 | 7 |
| Hispanic/Latino | Men | 2 | 0 | 0 | 0 | 1 |
| | Women | 1 | 1 | 0 | 0 | 0 |
| White | Men | 15 | 13 | 2 | 3 | 3 |
| | Women | 0 | 5 | 1 | 3 | 1 |
| Black/African American | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 1 | 2 | 0 | 0 | 1 |
| | Women | 0 | 2 | 1 | 2 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

JD_02189445

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| General Practice | New Lawyers Group | | | 4 | |
| Business, Corporate | Mergers & Acquisitions | 2 | | 5 | |
| Government, Regulatory, Administrative | Health Care | 1 | | | |
| Intellectual Property | Intellectual Property | 1 | | | |
| Labor and Employment | Labor & Employment | 3 | | 1 | |
| Litigation | Business & Tort Litigation | 5 | 2 | 5 | 8 |
| Litigation | Securities Litigation & SEC Enforcement | 2 | 1 | 3 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 2 | | 2 | |
| Business, Corporate | Banking, Finance & Securities | 3 | 1 | 2 | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | | 2017 | Prior Summer Associates | 2018 |
| Entry-level | 3 | 2 | | 4 | 4 | 3 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 2 | | | | | |
| Lateral Associates | 2 | | | 1 | | |
| All Other Laterals (non-traditional track) | 2 | | | 6 | | |
| Post-Clerkship | | | | | | |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| **SUMMER** | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 4 | | | 4 | 1 | 5 |
| 1Ls | 1 | | | 3 | | 3 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 4 |
| Number of offers made to summer 2L associates | 3 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300

JD_02189446

Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM

JD_02189447

The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

For more details, visit www.nalpdirectory.com                                        NALP Copyright 2018

JD_02189448

**Jones Day**
**(jonesdaycareers.com)**



## Basic Information

555 South Flower Street
50th Floor
Los Angeles, CA 90071
Organization Size: 2500
Office Size: 72
**Hiring Attorney:**
Ms. Liat Yamini

**Recruiting Contact:**
Ms. Elizabeth Berner
Recruiting Manager, Southern California
555 South Flower Street
50th Floor
Los Angeles, California (CA) 90071
United States
**Phone:** 213-243-2428
eberner@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| Evaluations | Annual |
|---|---|
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 19 | 7 | 8 | 0 | 2 |
| | Women | 14 | 23 | 1 | 0 | 6 |
| | Total | 33 | 30 | 9 | 0 | 8 |
| **Hispanic/Latino** | Men | 1 | 0 | 0 | 0 | 0 |
| | Women | 0 | 2 | 0 | 0 | 1 |
| **White** | Men | 16 | 6 | 8 | 0 | 2 |
| | Women | 13 | 20 | 1 | 0 | 3 |
| **Black/African American** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 1 | 1 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 1 | 0 | 0 | 0 | 0 |
| | Women | 1 | 0 | 0 | 0 | 1 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189449

Jones Day (jonesdaycareers.com)



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| General Practice | New Lawyers Group | | | 4 | |
| Appellate | Issues & Appeals | 1 | 1 | | |
| Litigation | Business & Tort Litigation | 9 | 2 | 14 | |
| Intellectual Property | Intellectual Property | 3 | 1 | 2 | |
| Labor and Employment | Labor and Employment | 2 | | 3 | |
| Government, Regulatory, Administrative | Health Care | 3 | | 1 | |
| Bankruptcy | Bankruptcy, Restructuring & Reorganization | 6 | 2 | 1 | |
| Litigation | Investigations & White Collar Defense | 1 | | | |
| Litigation | Insurance Recovery | 2 | 3 | 1 | |
| Government, Regulatory, Administrative | Antitrust & Competition Law | 2 | | 2 | |
| Tax | Employee Benefits & Executive Compensation | 2 | | | |
| Arbitration, Dispute Resolution, Mediation | Global Disputes | 1 | | 1 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | 1 | |

## HIRING & RECRUITMENT

| | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 3 | 1 | 3 | 1 | | 7 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | | | 2 | | | |
| Lateral Associates | 1 | | 5 | | | |
| All Other Laterals (non-traditional track) | | | | | | |
| Post-Clerkship | | | 1 | | | 1 |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 5 | | 7 | 1 | | 7 |
| 1Ls | 1 | | 1 | | | 1 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 7 |
| Number of offers made to summer 2L associates | 7 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect

JD_02189450

and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to

JD_02189451

lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

JD_02189452

**Jones Day
(jonesdaycareers.com)**



## Basic Information

600 Brickell Avenue,
Suite 1580
Brickell World Plaza
Miami, FL 33131
**Organization Size:**
2500
**Office Size:** 33
**Hiring Attorney:**
Mr. Paul Huck

**Recruiting Contact:**
Ms. Marisa Reeves (Law School) Shari
Friedman (Lateral)
Recruiting Manager
Marisa Reeves: 1420 Peachtree Street,
N.E., Ste. 800 - Atlanta, GA 30309
Shari Friedman: 250 Vesey Street - New
York, NY 10281
**Phone:** Atlanta: 404-581-8129 or New York:
212-326-3949

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 10 | 8 | 0 | 3 | 1 |
| | Women | 2 | 10 | 2 | 0 | 3 |
| | Total | 12 | 18 | 2 | 3 | 4 |
| **Hispanic/Latino** | Men | 7 | 3 | 0 | 2 | 1 |
| | Women | | 5 | 1 | 0 | 0 |
| **White** | Men | 3 | 4 | 0 | 1 | 2 |
| | Women | | 5 | 1 | 0 | 1 |
| **Black/African American** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189453

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Business, Corporate | Mergers & Acquisitions | 2 | | 3 | 2 |
| General Practice | New Lawyers Group | | | 2 | |
| Litigation | Business & Tort Litigation | 2 | | 7 | |
| Business, Corporate | Business Restructuring & Reorganization | 1 | | 2 | |
| Banking, Finance | Banking, Finance & Securities | 2 | 1 | 2 | |
| Litigation | Global Disputes | 2 | 1 | 2 | |
| Banking, Finance | Financial Institutions Litigation & Regulation | 1 | | | |
| Intellectual Property | Intellectual Property | | | | 1 |
| Government, Regulatory, Administrative | Health Care & Life Sciences | 1 | | | |
| Business, Corporate | Investigations & White Collar Defense | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | Expected 2018 |
|---|---|---|---|---|---|
| Entry-level | 1 | 1 | 2 | 2 | 3 |
| Entry-level (non-traditional track) | 3 | | | | |
| Lateral Partners | 2 | | 1 | | |
| Lateral Associates | 5 | | 4 | | |
| All Other Laterals (non-traditional track) | | | 2 | | |
| Post-Clerkship | | | | | |
| LL.M.s (U.S.) | 2 | | | | |
| LL.M.s (non-U.S.) | | | | | |
| **SUMMER** | | | | | |
| Post-3Ls | | | | | |
| 2Ls | 3 | 1 | 3 | | |
| 1Ls | | | 1 | | |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 3 |
| Number of offers made to summer 2L associates | 3 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?

Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE

Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

JD_02189455

SUMMER PROGRAM

The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS

Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT

The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY

We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

JD_02189456

## Jones Day
## (jonesdaycareers.com)


nalp We advance law careers

### Basic Information

90 S. Seventh St.
Suite 4950
Minneapolis, MN 55402
Organization Size: 2500
Office Size: 27
**Hiring Attorney:**
Mr. Richard Martinez

**Recruiting Contact:**
Mr. Zeben Talbot Ashton
Recruiting Coordinator
90 S. Seventh St.
Suite 4950
Minneapolis, Minnesota (MN) 55402
United States
**Phone:** 612-217-8904
ztashton@jonesday.com

### Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

### Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

### Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

### Professional Development

| Evaluations | Annual |
|---|---|
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

### Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 9 | 10 | 0 | 0 | 2 |
| | Women | 1 | 6 | 0 | 0 | 3 |
| | Total | 10 | 16 | 0 | 0 | 5 |
| **Hispanic/Latino** | Men | 1 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **White** | Men | 8 | 7 | 0 | 0 | 2 |
| | Women | 1 | 6 | 0 | 0 | 3 |
| **Black/African American** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **American Indian/Alaska Native** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 0 | 2 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189457

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Litigation | Business & Tort Litigation | 1 | | 5 | |
| Labor and Employment | Labor & Employment | 3 | | 3 | |
| Business, Corporate | Mergers & Acquisitions | 2 | | 1 | |
| Intellectual Property | Intellectual Property | 1 | | 1 | |
| Litigation | Financial Institutions Litigation & Regulation | 1 | | | |
| Business, Corporate | Investigations & White Collar | 1 | | | |
| General Practice | New Lawyers Group | | | 6 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | Expected 2018 |
|---|---|---|---|---|---|
| Entry-level | | | 3 | | 5 |
| Entry-level (non-traditional track) | | | | | |
| Lateral Partners | 4 | | 5 | | |
| Lateral Associates | 4 | | 2 | | |
| All Other Laterals (non-traditional track) | | | | | |
| Post-Clerkship | | | 5 | | 1 |
| LL.M.s (U.S.) | | | | | |
| LL.M.s (non-U.S.) | | | | | |
| SUMMER | | | | | |
| Post-3Ls | | | | | |
| 2Ls | | | 5 | | 5 |
| 1Ls | | | | | |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 5 |
| Number of offers made to summer 2L associates | 5 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

JD_02189458

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings.

Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

JD_02189460

**Jones Day
(jonesdaycareers.com)**



## Basic Information

250 Vesey Street
New York, NY 10281-1047
Organization Size: 2500
Office Size: 242
**Hiring Attorney:**
Ms. Nina Yadava

**Recruiting Contact:**
Ms. Shari Friedman
Recruiting Manager
250 Vesey Street
New York, New York (NY) 10281-1047
United States
**Phone:** 212-326-3949
nyrecruiting@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 67 | 67 | 18 | 1 | 15 |
| | Women | 22 | 55 | 9 | 2 | 18 |
| | Total | 89 | 122 | 27 | 3 | 33 |
| **Hispanic/Latino** | Men | 2 | 2 | 0 | 2 | 2 |
| | Women | 2 | 2 | 0 | 1 | 1 |
| **White** | Men | 59 | 54 | 18 | 1 | 8 |
| | Women | 18 | 43 | 8 | 0 | 12 |
| **Black/African American** | Men | 0 | 1 | 0 | 1 | 1 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| **Native Hawaiian/Other Pacific Islander** | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **Asian** | Men | 5 | 5 | 0 | 0 | 4 |
| | Women | 2 | 8 | 1 | 0 | 4 |
| **American Indian/Alaska Native** | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| **2 or more races** | Men | 1 | 4 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 1 |
| **Persons with Disabilities** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Openly LGBT** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| **Veteran** | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189461

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Banking, Finance | Banking, Finance & Securities | 16 | 4 | 14 | 1 |
| Business, Corporate | Mergers & Acquisitions, Private Equity | 11 | 2 | 15 | 3 |
| Tax | Tax | 8 | | 7 | |
| Energy | Energy | 1 | | | |
| Real Estate, Land Use | Real Estate | 2 | 1 | 3 | |
| Government, Regulatory, Administrative | Antitrust | | | 1 | |
| Litigation | Business & Tort Litigation | 10 | 5 | 10 | |
| Litigation | Financial Institution Litigation & Regulation | 8 | 2 | 10 | |
| Litigation | Insurance Liability | 1 | 1 | 1 | |
| Appellate | Issues & Appeals | 4 | | 1 | |
| Labor and Employment | Labor & Employment | 6 | 1 | 7 | |
| Intellectual Property | Intellectual Property | 9 | 6 | 13 | |
| General Practice | New Lawyers Group | | | 21 | |
| Bankruptcy | Bankruptcy, Restructuring & Reorganization | 5 | 1 | 7 | |
| Litigation | Securities Litigation & SEC Enforcement | 4 | 1 | 6 | |
| Tax | Employee Benefits & Executive Compensation | 1 | 2 | 1 | |
| International | Global Disputes | 2 | 1 | 1 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | 2 | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | Expected 2018 |
|---|---|---|---|---|---|
| Entry-level | 14 | 14 | 20 | 19 | 23 |
| Entry-level (non-traditional track) | 5 | | | | |
| Lateral Partners | 5 | | 5 | | |
| Lateral Associates | 14 | | 15 | | |
| All Other Laterals (non-traditional track) | 1 | | 5 | | |
| Post-Clerkship | | | | | 2 |
| LL.M.s (U.S.) | 9 | | | | |
| LL.M.s (non-U.S.) | | | 2 | | 2 |
| **SUMMER** | | | | | |
| Post-3Ls | | | | | |
| 2Ls | 25 | | 25 | 3 | 30 |
| 1Ls | 3 | | 2 | | 3 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 25 |
| Number of offers made to summer 2L associates | 25 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

JD_02189462

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

JD_02189463

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

                    NALP Copyright 2018

JD_02189464

**Jones Day
(jonesdaycareers.com)**



## Basic Information

500 Grant Street
Suite 4500
Pittsburgh, PA
15219-2514
Organization Size: 2500
Office Size: 74
**Hiring Attorney:**
Ms. Rebekah Kcehowski

**Recruiting Contact:**
Ms. Danielle Thomas
Recruiting Manager
500 Grant Street
Suite 4500
Pittsburgh, Pennsylvania (PA)
15219-2514
United States
**Phone:** 412-394-9537
dthomas@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 170,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,269 |
| 2018 compensation for 2Ls ($/week) | 3,269 |
| 2018 compensation for 1Ls($/week) | 3,269 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 16 | 31 | 3 | 1 | 4 |
| | Women | 6 | 14 | 3 | 0 | 4 |
| | Total | 22 | 45 | 6 | 1 | 8 |
| Hispanic/Latino | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| White | Men | 16 | 28 | 2 | 1 | 3 |
| | Women | 6 | 13 | 3 | 0 | 4 |
| Black/African American | Men | 0 | 1 | 0 | 0 | 1 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 1 | 0 | 0 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 1 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

For more details, visit www.nalpdirectory.com

NALP Copyright 2018

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Litigation | Business & Tort Litigation | 11 | 4 | 25 | 1 |
| Government, Regulatory, Administrative | Government Regulation | 2 | | 2 | |
| Intellectual Property | Intellectual Property | 1 | | 2 | |
| Labor and Employment | Labor & Employment | 1 | | 1 | |
| Business, Corporate | Mergers & Acquisitions | 2 | | 4 | |
| Tax | Tax | 1 | | | |
| General Practice | New Lawyers Group | | | 5 | |
| Energy | Energy | 1 | | 1 | |
| Business, Corporate | Private Equity | | | 1 | |
| Litigation | Insurance Recovery | 2 | 1 | | |
| Tax | Employee Benefits | 1 | | 2 | |
| Litigation | Financial Institutions Litigation & Regulation | 1 | | 2 | |
| Litigation | Investigations & White Collar Defense | | 1 | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | Expected 2018 |
|---|---|---|---|---|---|
| Entry-level | 6 | 6 | 6 | 5 | 2 |
| Entry-level (non-traditional track) | | | | | |
| Lateral Partners | | | | | |
| Lateral Associates | 2 | | 2 | | 2 |
| All Other Laterals (non-traditional track) | | | | | 1 |
| Post-Clerkship | 1 | 1 | 2 | 1 | |
| LL.M.s (U.S.) | | | | | |
| LL.M.s (non-U.S.) | | | | | |
| **SUMMER** | | | | | |
| Post-3Ls | | | | | |
| 2Ls | 7 | | 5 | | 6 |
| 1Ls | 1 | | 1 | | 2 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 5 |
| Number of offers made to summer 2L associates | 5 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

JD_02189466

## AWARD-WINNING CLIENT SERVICE

Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

## RECORD OF EXCELLENCE ACROSS THE FIRM

Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

## STABILITY

In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

JD_02189467

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog. http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

                                              NALP Copyright 2018

JD_02189468

**Jones Day**
**(jonesdaycareers.com)**



## Basic Information

12265 El Camino Real
Suite 200
San Diego, CA
92130-4096
Organization Size: 2500
Office Size: 53
**Hiring Attorney:**
Ms. Shireen Becker

**Recruiting Contact:**
Ms. Elizabeth Berner
Recruiting Manager, Southern California
555 South Flower Street
50th Floor
Los Angeles, California (CA) 90071
United States
**Phone:** 213-243-2428
eberner@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 19 | 14 | 1 | 0 | 6 |
| | Women | 6 | 11 | 3 | 0 | 4 |
| | Total | 25 | 25 | 4 | 0 | 10 |
| Hispanic/Latino | Men | 1 | 1 | 0 | 0 | 1 |
| | Women | 0 | 1 | 0 | 0 | 1 |
| White | Men | 18 | 10 | 1 | 0 | 6 |
| | Women | 4 | 8 | 3 | 0 | 2 |
| Black/African American | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 0 | 3 | 0 | 0 | 0 |
| | Women | 2 | 2 | 0 | 0 | 1 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

JD_02189469

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| General Practice | New Lawyers Group | | | 2 | |
| Business, Corporate | Mergers & Acquisitions | 1 | | | |
| Business, Corporate | Private Equity | 1 | | 1 | |
| Intellectual Property | Intellectual Property | 13 | | 11 | |
| Labor and Employment | Labor & Employment | 1 | 2 | 2 | |
| Litigation | Business & Tort Litigation | 7 | 2 | 7 | |
| Tax | Tax | 1 | | | |
| Litigation | Investigations & White Collar Defense | 1 | | | |
| Tax | Employee Benefits & Executive Compensation | | | 1 | |
| Business, Corporate | Securities Litigation & SEC Enforcement | | | 1 | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 2 | 2 | 1 | | | 1 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 3 | | | | | |
| Lateral Associates | 1 | | 5 | | | |
| All Other Laterals (non-traditional track) | | | | | | |
| Post-Clerkship | 1 | 1 | 1 | | | |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | | 1 | 3 | | | 7 |
| 1Ls | | | 3 | | | 3 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 3 |
| Number of offers made to summer 2L associates | 2 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors

client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

JD_02189471

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

                                   NALP Copyright 2018

JD_02189472

**Jones Day**
**(jonesdaycareers.com)**



## Basic Information

555 California Street
26th Floor
San Francisco, CA 94104
Organization Size: 2500
Office Size: 71
**Hiring Attorney:**
Mr. John Tang

**Recruiting Contact:**
Ms. Christie Meyer
Recruiting Manager, Northern California
555 California Street
26th Floor
San Francisco, California (CA) 94104
United States
**Phone:** 415-875-5778
clmeyer@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| **Summer Compensation** | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 34 | 13 | 0 | 0 | 5 |
| | Women | 6 | 16 | 1 | 0 | 3 |
| | Total | 40 | 29 | 1 | 0 | 8 |
| Hispanic/Latino | Men | 2 | 0 | 0 | 0 | 1 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| White | Men | 27 | 10 | 0 | 0 | 4 |
| | Women | 5 | 13 | 1 | 0 | 3 |
| Black/African American | Men | 2 | 1 | 0 | 0 | 0 |
| | Women | 0 | 2 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 3 | 2 | 0 | 0 | 0 |
| | Women | 1 | 1 | 0 | 0 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189473

**Jones Day (jonesdaycareers.com)**



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Litigation | Business Litigation, Securities Litigation, Construction Litigation & Global Disputes | 13 | | 6 | |
| Business, Corporate | Corporate & Banking | 6 | | 3 | |
| Government, Regulatory, Administrative | Health Care | 3 | | 1 | |
| Labor and Employment | Labor & Employment | 2 | | 4 | |
| Appellate | Appellate | 3 | | | |
| Litigation | Insurance Recovery | 2 | 1 | | |
| Tax | Tax | 1 | | | |
| Real Estate, Land Use | Real Estate | 1 | | 1 | |
| Government, Regulatory, Administrative | Environmental | 1 | | 2 | |
| Intellectual Property | Intellectual Property | 2 | | 2 | |
| General Practice | New Lawyers Group | | | 6 | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | 1 | |
| Business, Corporate | Antitrust | 4 | | 3 | |
| Labor and Employment | Employee Benefits | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In | | | | | Expected |
|---|---|---|---|---|---|---|
| | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 3 | 3 | 6 | 6 | | 6 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | 2 | | 1 | | | |
| Lateral Associates | 7 | | 5 | | | |
| All Other Laterals (non-traditional track) | | | | | | |
| Post-Clerkship | 1 | 1 | | | | 1 |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| **SUMMER** | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | | 4 | | 7 | | 6 |
| 1Ls | | 1 | | 1 | | 1 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 7 |
| Number of offers made to summer 2L associates | 7 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

**Diversity Contact:** Ms. Jennifer Shumaker
**Diversity Website/URL:** http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their

JD_02189474

options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies

JD_02189475

increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

NALP Copyright 2018

JD_02189476

Jones Day
(jonesdaycareers.com)



## Basic Information

1755 Embarcadero Rd.
Palo Alto, CA 94303
Organization Size: 2500
Office Size: 39
Hiring Attorney:
Mr. Stephen Hall

Recruiting Contact:
Ms. Christie Meyer
Recruiting Manager, Northern California
1755 Embarcadero Rd.
Palo Alto, California (CA) 94303
United States
Phone: 415-875-5778
clmeyer@jonesday.com

## Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| Summer Compensation | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

## Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

## Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

## Professional Development

| | |
|---|---|
| Evaluations | Annual |
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

## Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 14 | 8 | 1 | 0 | 2 |
| | Women | 5 | 11 | 0 | 0 | 4 |
| | Total | 19 | 19 | 1 | 0 | 6 |
| Hispanic/Latino | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 2 | 0 | 0 | 1 |
| White | Men | 13 | 5 | 1 | 0 | 2 |
| | Women | 3 | 4 | 0 | 0 | 0 |
| Black/African American | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 1 | 5 | 0 | 0 | 3 |
| American Indian/Alaska Native | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 1 | 0 | 0 | 0 |
| | Women | 1 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

JD_02189477

Jones Day (jonesdaycareers.com)



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Intellectual Property | IP (Litigation, Patent Prosecution, Transactions) | 7 | 1 | 4 | |
| Business, Corporate | Corporate (M&A, Banking Finance & Securities, Private Equity) | 8 | | 7 | |
| Litigation | Business & Tort Litigation, Securities, Corporate Criminal Investigation | 2 | | 1 | |
| Government, Regulatory, Administrative | Antitrust | | | 1 | |
| General Practice | New Lawyers Group | | | 5 | |
| Tax | Employee Benefits & Executive Compensation | 1 | | 1 | |
| Labor and Employment | Labor & Employment | 1 | | | |

## HIRING & RECRUITMENT

| | | Began Work In | | | | Expected |
|---|---|---|---|---|---|---|
| LAWYERS | 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | | 2018 |
| Entry-level | 2 | 1 | 5 | 4 | | 3 |
| Entry-level (non-traditional track) | | | | | | |
| Lateral Partners | | | 1 | | | |
| Lateral Associates | 1 | | 1 | | | |
| All Other Laterals (non-traditional track) | | | | | | |
| Post-Clerkship | | | | | | |
| LL.M.s (U.S.) | | | | | | |
| LL.M.s (non-U.S.) | | | | | | |
| SUMMER | | | | | | |
| Post-3Ls | | | | | | |
| 2Ls | 5 | | 3 | | | 5 |
| 1Ls | | | 1 | | | 1 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 3 |
| Number of offers made to summer 2L associates | 3 |
| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

## Diversity & Inclusion

Diversity Contact: Ms. Jennifer Shumaker
Diversity Website/URL: http://www.jonesdaydiversity.com/

## Organization Narrative

WHY JONES DAY?

Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE

Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300

JD_02189478

Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year.

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM

JD_02189479

The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events,

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

                    NALP Copyright 2018

JD_02189480

## Jones Day
(jonesdaycareers.com)


nalp _We advance law careers_

### Basic Information

51 Louisiana Ave. N.W.
Washington, DC
20001-2113
Organization Size: 2500
Office Size: 254
Hiring Attorney:
Mr. James Gauch

Recruiting Contact:
Ms. Katie Beach
Recruiting Manager
51 Louisiana Avenue N.W.
Washington, District of Columbia (DC)
20001-2113
United States
Phone: 202-879-5408
kbeach@jonesday.com

### Compensation & Benefits

| | |
|---|---|
| 2018 compensation for entry-level lawyers ($/year) | 190,000 |
| Summer Compensation | |
| 2018 compensation for Post-3Ls ($/week) | 3,654 |
| 2018 compensation for 2Ls ($/week) | 3,654 |
| 2018 compensation for 1Ls($/week) | 3,654 |

### Partnership & Advancement

| | |
|---|---|
| Does the firm have two or more tiers of partner? | No |
| If no, how many years is the partnership track? | |

### Pro Bono/Public Interest

Laura K. Tuell
Firmwide Head of Pro Bono
202-879-7648
ltuell@jonesday.com

| | |
|---|---|
| Is the pro bono information indicated here firm-wide or specific to one office? | Firm-wide |
| % Firm Billable Hours last year | |
| Average Hours per Attorney last year | |
| Percent of associates participating last year | 63% |
| Percent of partners participating last year | 46% |
| Percent of other lawyers participating last year | 41% |

### Professional Development

| Evaluations | Annual |
|---|---|
| Does your organization use upward reviews to evaluate and provide feedback to supervising lawyers? | No |
| Rotation for junior associates between departments/practice groups? | Other |
| Is rotation mandatory? | No |
| Does your organization have a dedicated professional development staff? | Yes |
| Does your organization have a coaching/mentoring program | Yes |
| Does your organization give billable hours credit for training time? | No |

### Lawyer Demographics

| | | Partner/Member | Associates | Counsel | Non-traditional Track/Staff Attorneys | Summer Associates |
|---|---|---|---|---|---|---|
| | Men | 94 | 63 | 2 | 3 | 8 |
| | Women | 40 | 51 | 0 | 1 | 15 |
| | Total | 134 | 114 | 2 | 4 | 23 |
| Hispanic/Latino | Men | 3 | 1 | 0 | 0 | 0 |
| | Women | 1 | 3 | 0 | 1 | 1 |
| White | Men | 83 | 53 | 2 | 3 | 6 |
| | Women | 37 | 40 | 0 | 0 | 12 |
| Black/African American | Men | 3 | 3 | 0 | 0 | 1 |
| | Women | 1 | 2 | 0 | 0 | 2 |
| Native Hawaiian/Other Pacific Islander | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| Asian | Men | 5 | 4 | 0 | 0 | 1 |
| | Women | 0 | 6 | 0 | 0 | 0 |
| American Indian/Alaska Native | Men | 0 | 0 | 0 | 0 | 0 |
| | Women | 0 | 0 | 0 | 0 | 0 |
| 2 or more races | Men | 0 | 2 | 0 | 0 | 0 |
| | Women | 1 | 0 | 0 | 0 | 0 |
| Persons with Disabilities | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Openly LGBT | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |
| Veteran | Men | NC | NC | NC | NC | NC |
| | Women | NC | NC | NC | NC | NC |

NALP Copyright 2018

JD_02189481

Jones Day (jonesdaycareers.com)



## General Practice Areas

| GENERAL PRACTICE AREAS | EMPLOYER'S PRACTICE GROUP NAME | NO. OF PARTNERS/MEMBERS | NO. OF COUNSEL | NO. OF ASSOCIATES | NO. OF NON-TRADITIONAL TRACK/STAFF ATTORNEYS |
|---|---|---|---|---|---|
| Appellate | Issues and Appeals | 17 | 1 | 18 | 1 |
| Banking, Finance | Banking & Finance | 1 | | | |
| Energy | Energy | 5 | | 2 | |
| Government, Regulatory, Administrative | Government Regulation | 19 | | 9 | |
| Intellectual Property | Intellectual Property | 10 | | 8 | |
| Labor and Employment | Labor and Employment | 8 | | 6 | |
| Litigation | Business and Tort Litigation | 22 | 1 | 24 | 1 |
| Tax | Tax | 9 | | 3 | |
| General Practice | New Lawyers Group | | | 14 | |
| Government, Regulatory, Administrative | Antitrust & Competition Law | 12 | | 14 | 1 |
| Litigation | Global Disputes | 8 | | 4 | |
| Business, Corporate | Mergers & Acquisitions | 1 | | 1 | |
| Labor and Employment | Employee Benefits & Executive Compensation | 5 | | 1 | |
| Government, Regulatory, Administrative | Health Care & Life Sciences | 4 | | 5 | |
| Litigation | Financial Institutions Litigation & Regulation | 3 | | 1 | |
| Business, Corporate | Business Restructuring | 2 | | 1 | |
| Litigation | Securities Litigation | 3 | | 2 | |
| Litigation | Investigations & White Collar Defense | 1 | | | 1 |
| Litigation | Insurance Recovery | 1 | | | |
| General Practice | Pro Bono | 1 | | | |
| Litigation | Cybersecurity, Privacy & Data Protection | 1 | | 1 | |
| Banking, Finance | Private Equity | 1 | | | |

## HIRING & RECRUITMENT

| LAWYERS | Began Work In 2016 | Prior Summer Associates | 2017 | Prior Summer Associates | Expected 2018 |
|---|---|---|---|---|---|
| Entry-level | 10 | 10 | 9 | 8 | 19 |
| Entry-level (non-traditional track) | 1 | | | | |
| Lateral Partners | 4 | | 8 | | |
| Lateral Associates | 6 | | 13 | | |
| All Other Laterals (non-traditional track) | 1 | | 4 | | |
| Post-Clerkship | 6 | 4 | 6 | 5 | 6 |
| LL.M.s (U.S.) | 1 | | | | |
| LL.M.s (non-U.S.) | | | | | |
| SUMMER | | | | | |
| Post-3Ls | 1 | | | | |
| 2Ls | 15 | | 29 | 3 | 22 |
| 1Ls | 1 | | | | 1 |

| | |
|---|---|
| Number of 2017 Summer 2Ls considered for associate offers | 29 |
| Number of offers made to summer 2L associates | 29 |

| General Hiring Criteria | We seek well-rounded, motivated students with the potential to develop into exceptional lawyers and leaders in the profession, and who will embrace Jones Day's principles, values and mission. To this end, we look for a record of academic excellence, demonstrated leadership, superior written and analytical abilities, strong interpersonal skills, and interest in our Firm. |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Diversity & Inclusion

Diversity Contact: Ms. Jennifer Shumaker
Diversity Website/URL: http://www.jonesdaydiversity.com/

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Organization Narrative

WHY JONES DAY?
Our commitment to each other and serving our clients set us apart. Our principles and values and our lawyers' energy, authenticity, conviction, and integrity differentiate us from other law firms. We are One Firm Worldwide, meaning we are seamlessly integrated, across the globe, to achieve a common set of goals: superior client service and client satisfaction; and developing formidable talent across practices and jurisdictions. We promote and nurture a culture of respect and accept nothing less. First-year lawyers, as part of our New Lawyers Group, are given up to one year to experience different practice areas and explore their options before joining a practice group. Partner compensation is not tied to "client origination" which incentivizes a culture of collaboration and teamwork and dis-incentivizes competition (we are not a 'ME' firm, we are at a 'WE' firm). Jones Day has a single managing partner. Compensation beyond the first year is individual, merit-based, and confidential.

AWARD-WINNING CLIENT SERVICE
Our commitment to client service has repeatedly earned the Firm the "#1 for Client Service" ranking by The BTI Consulting Group, an organization that monitors client satisfaction with legal services. The annual ranking is based on unprompted responses culled from independent, individual interviews with more than 300 Fortune 1000 general counsel.

Jones Day is the only firm to earn top ratings year after year—no other firm has matched our first-place record. Since the inception of the BTI Client Service Ranking 17 years ago, Jones Day has ranked #1 10 times, including a #1 ranking in 2018. Our consistent high rankings have earned the Firm a place among the elite firms elected to the BTI Client Service Hall of Fame. In 2018, Jones Day became the only firm in the history of the BTI survey to achieve "Best of the Best" status for two consecutive years in all 17 categories that drive superior client service.

RECORD OF EXCELLENCE ACROSS THE FIRM
Our dedication to delivering the best of the Firm in every client engagement has not gone unnoticed, and it has earned Jones Day industry awards and recognition year after year:

"Litigation Department of the Year Winner"
The American Lawyer (2018)

Recognized as a "Litigation Powerhouse"
Reported in The BTI Litigation Outlook 2018 and based on interviews with Fortune 100 companies. (2018)

Named to the "Fearsome Five" (formerly the "Fearsome Foursome") - the law firms that clients would least like to see as opposing counsel - for six consecutive years.

#1 for Number of M&A Deals Worldwide Each Quarter Since 2000 Bloomberg, Thomson Reuters (2017)

Chambers Global
106 practices were recognized, with global acknowledgement of nine practices. 129 lawyers were named Leading Lawyers or noted for their foreign experience. (2018)

Chambers Europe
68 practice areas were recognized, with Europe-wide acknowledgement of 11 practices. (2018)

Chambers USA
21 practices ranked nationally, with top-tier recognition for our Antitrust, Bankruptcy/Restructuring, Labor & Employment, and Retail practices. (2017)

Chambers Asia-Pacific
52 practice areas were recognized, with Asia-wide acknowledgment of the following practices: Capital Markets: Securitisation; Corporate/M&A; Corporate/M&A: Private Equity; Energy & Natural Resources; Intellectual Property; and Investment Funds: Real Estate. (2018)

Chambers Latin America
Five practices were ranked among the best in Latin America, and 11 practices were ranked among the best in Mexico. 21 Jones Day lawyers were also recognized. (2018)

U.S. News – Best Lawyers® "Best Law Firms" Survey
32 Jones Day practices received a National Tier 1 ranking and "Law Firm of the Year" designations were awarded in the Commercial Litigation and Mergers & Acquisitions categories. (2017)

Named a Top Five "Global Elite" Firm for Antitrust & Competition Law Recognized by Global Competition Review's "Global Elite" every year since its inception in 2007. (2017)

Listed Among the Top 10 Best Corporate Law Firms
Jones Day has ranked in the Top 10 every year since 2000 in the Corporate Board Member/FTI Consulting annual survey of the best corporate law firms. (2017)

The US Legal 500
51 practices were ranked, with top-tier recognition for 11 practices. (2017)

National Law Journal "Appellate Hot List"
Recognized by NLJ for six consecutive years. (2017)

JD_02189483

Law360 "Practice Groups of the Year" Recognition
Law360 named Jones Day's Appellate, Bankruptcy, Trials, and White Collar "Practice Groups of the Year." (2017)

Acritas U.S. Law Firm Brand Index
#1 U.S. law firm brand based on "awareness" and "favorability" of firms generally and specifically for "Top-Level Litigation," "Major M&A," and "Most Used Overall." (2018)

BTI Industry Power Rankings
Ranked #1 in BTI Consulting Group's "Industry Power Rankings" for having the strongest client relationships in 18 industries. (2017)

Best Infrastructure Law Firm in Mexico
Recognized as Mexico's "Best Infrastructure Law Firm" by LatinFinance at its Project & Infrastructure Awards. (2016)

STABILITY
In an industry where consolidations, defections, and other signals of instability are frequent, Jones Day has just marked its 125th year of operation. Our stability derives from Jones Day's long-term outlook for and commitment to focused and thoughtful growth of the Firm and development of our lawyers. Our refusal to lay off our associates (and partners), rescind offers to summer associates, or defer the start dates of our incoming associates during weak economies increasingly resonates at a very fundamental level with many law students. This decision to stay the course through difficult times speaks to our stability and strong management; virtues that students value in a potential employer.

To hear testimonials from our lawyers, and to learn more about the Firm's history, values, and vision, please visit www.jonesdaycareers.com and follow the Jones Day channel on YouTube at www.youtube.com/user/JonesDayLawFirm.

SUMMER PROGRAM
The consistently high rate of acceptance of our offers to summer associates to rejoin the Firm after law school graduation is one of the best measures of the quality and success of our program. In addition to research and writing projects, summer associates attend meetings, depositions, hearings, and closings. Performance feedback and training are an integral part of our Summer Program. Summer associates receive challenging assignments across a range of practices, including pro bono work.

NEW LAWYERS
Entry-level associates are assigned to Jones Day's distinctive New Lawyers Group (NLG), rather than a specific practice group. The NLG allows entry-level associates time to explore a variety of substantive areas before joining a practice, participate in specialized training and mentoring programs tailored to new lawyers, and benefit from both frequent informal feedback and formal evaluations. The program provides an excellent transition from law school to law firm practice. The experience is especially valuable for new lawyers who value the opportunity to make a more informed choice of practice area, by exploring different assignments in a variety of practice areas during their first year in the profession.

TRAINING AND DEVELOPMENT
The launching point of our new lawyer training is the New Lawyer Academy, an annual event that brings together all new lawyers from our offices around the world for a comprehensive four-day training and networking retreat. The Academy introduces new lawyers to Jones Day and teaches them about what it means to be One Firm Worldwide. New lawyers hear from leaders of the Firm about our principles and values at the foundation of the success of the Firm, the unmatched client service we provide, Jones Day's various practices, and various legal training programs. Summer associates from the U.S. offices have the opportunity to meet and hear from Firm leaders at the National Summer Event held in the Washington office.

We provide a curriculum of training programs both in the offices and in Firmwide multiday skills training programs. Each year, our dedicated CLE and training staff plan training programs for associates. Some training is practice-based and some is more general. Examples include Defending Depositions; Practicing with Professionalism; Emerging Trends in Antitrust Enforcement; Risk Solutions to Merger & Acquisition; Avoiding Significant Legal Mistakes and Use of Social Media; and Advanced Legal Writing. Jones Day also offers associates opportunities to attend National Institute for Trial Advocacy Training (NITA) programs. This includes in-house NITA sessions and sessions held at NITA's headquarters in Boulder, Colorado.

Associates are heavily involved in business development. They assist with writing client alerts, practice blogs, such as the Patent Trial and Appeal Board practice (PTAB) blog, http://www.ptablitigationblog.com, and planning business development activities. They also are included in planning associate-only business development events.

Summer associates attend associate training programs and customized training sessions designed just for summer associates. Pro bono assignments provide hands-on experience and skills development for summer associates and new lawyers. In addition to our training programs, we have an Associate Development Program designed to promote thoughtful career planning and structured career development.

FOLLOW JONES DAY
We offer a variety of ways to learn more about Jones Day. Follow us on Twitter @jonesdaycareers, Facebook @JonesDayLawFirm and on LinkedIn at https://www.linkedin.com/company/jones-day/. Listen to our careers podcast http://www.jonesdaycareers.com/#/hear-our-stories and watch our videos https://www.youtube.com/user/JonesDayLawFirm.

NALP is committed to helping make the legal profession accessible to all individuals on a non-discriminatory basis. NALP is opposed to discrimination based upon actual or perceived gender, age, race, color, religion, creed, national or ethnic origin, disability, sexual orientation, gender identity and expression, genetic information, parental, marital, domestic partner, civil union, military, or veteran status.

JD_02189484