# Exhibit K



**JONES DAY HISTORY**

(Or at least some of it)

October 2017

You have now had almost a week of being introduced to Jones Day, and perhaps more importantly, starting to develop relationships that, for some, will last a lifetime

Now let's put all this in context, as I give you one person's perspective on how we got to this point – how a small group of lawyers in Cleveland, Ohio eventually morphed into the global legal institution of which you are now a part

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**TODAY'S LEGAL PROFESSION IS YOUNGER THAN MOST OF YOU**

- History of Jones Day is history of legal profession
- Lawyers critical helpers in business geographic expansion but slow to follow
- No truly national, much less international, law firm just 30 years ago
- Today's legal profession is essentially a 21st Century phenomenon

2 | JONES DAY.

125 years ago, law practice very personal and local

Industrial revolution – particularly trains, cars, trucks and planes – opened new business opportunities

JD started as two local lawyers banding together 124 years ago to form a new law firm in Cleveland, then a relatively small town, and hiring what turned out to be a very important associate.

We grew as demand for our services grew, but at least for the first 75 years or so, according to no overarching plan or strategy

Fortunately, we saw the future earlier than almost any other law firm, and began to build out first a national and then a global firm about 40 years ago

Lots of followers, but not for a decade or more

Jones Day was the precursor and remains today an original – a truly integrated global legal institution

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005694



**SOME PERSONAL CONTEXT**

- Joined JD October 1, 1978
- 1981 – One of five Group Coordinators in first JD internal organization
- 1986-1991 – First time on Partnership Committee
- 1995 – Future Markets Task Force
- 2002 – Technology Partner (including website)
- 2006 – California MP and second time on Partnership Committee
- 2016 – Retire

3 | JONES DAY

How many of you were born before 10/1/78?

That is when I joined JD, after 8 years at the US DOJ ATD

Given how it ended up, you might think things were all peaches & cream for the next 38 years, but that's not life

I joined PC when I was 42 and was dismissed when I was 47.

4 years of mixed feelings.

Then, Pat McCartan asked me to blue sky the future of the Firm in 1995, something pretty rare for a law firm

When Brogan took over in 2002, he said I was the biggest complainer about technology, so now I was in charge – did that for ten years before passing on to Tom Briggs

Became responsible for CA officially in 2006, and returned to PC

2 reasons for this digression – shows I have been personally involved for the entire modern portion of JD history, and just a reminder that your life trajectory may not always be straight up, even if yours has been so far

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**A SURPRISING EVOLUTION**

- Small Cleveland law firm to Global Legal Institution not preordained
- Three key factors:
  - Geography
  - Luck
  - Values

4 | 

So, how did we all get here?

The short summary is that JD was a little faster, a little smarter, a lot more focused on the long term, and more balanced toward values rather than financial rewards than most other law firms

In the aggregate, these differences explain the evolution of this institution

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005696

---

**GEOGRAPHY**

- 125 years ago:

  - Industrial revolution

  - Manufacturing logically developed near critical raw materials -- coal, iron ore, and later oil

  - Midwest US became heart of US manufacturing, early oil production, and as a result, business development

  - Cleveland was right in middle of most of this

  - Cleveland lawyers thus had some unique opportunities just because of where they happened to be

5 | JONES DAY.

---

For most of you, hard to remember any time without cell phones and social media

But this is all extremely recent.

The very first significant financial event involving what you would think of as a technology company was the Netscape IPO in 1995 – just 22 years ago!

I represented ▮▮▮ when it bought ▮▮▮▮▮▮▮▮▮▮▮
I was the principal lawyer in the creation of ICANN – phone book of internet -- that same year. I represented ▮▮▮ when it was acquired by ▮▮▮▮ I can tell you this was all very new stuff at the time.

To illustrate, Amazon was founded in 1994. Google was founded in 1998. Facebook was created in 2004.

You have personally experienced the technological revolution of the last 20 years, with SV as epicenter.

So maybe this makes it easier to appreciate that something highly analogous happened in the period between the Civil War and WWI, and the epicenter of that industrial revolution was the US Midwest, where JD had its roots.

**LUCK**

- Real difference between JD and other firms similarly placed just a century ago
  - Response to disruptive events

- Main reason for that difference -- people attracted to JD and their values
  - Collectively created the institution that now exists

- JD luck – attracted folks like you, including (probably true of this group too) some very exceptional people



6

Even smart people need to be lucky.

In the early days, there was plenty of work. When depressions or recessions hit, JD was lucky enough to be part of a relatively small community, with all that means in terms of looking out for each other.

And while the people making the hiring choices over the years deserve a lot of credit, we all know that recruiting (like draft choices in sports) is a bit of a crap shoot; you can see talent and potential, but hard to tell at age 25 whether there will be the commitment and drive required to unleash that potential and really make a difference

We were lucky that a high percentage of the lawyers recruited to JD over the decades fulfilled their potential – and importantly, a significant portion exceeded all expectations

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**VALUES**

- Basis of current Partnership Agreement dates to 1928
  - Managing Partner authority and selection of successor
  - Confidential compensation
- Client service focus
  - Not personal rewards or internal competition
- Principles & Values section on website



This particular writing dates back only to Pat McCartan and Steve Brogan, but the values articulated have driven JD for at least 90 years

Frankly, one of the reasons for JD's good recruiting record was that the goal has always been to find people who wanted to be great client service lawyers, not just rich or famous

If you are a great client service lawyer, you will do just fine financially, and you might even become famous, but even more importantly, you will live a satisfying life, knowing that you provided great service to clients who depended on you

This primary focus on client service is the single most important reason that a three-person Cleveland firm eventually became the Jones Day of today

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



The Rice murder story is great. After playing golf and having dinner at the Euclid Club (which was partly on the property of John D. Rockefeller), Rice was walking home but was murdered on the way.

Firm offered reward of $5000 (about $125,000 today) and that was soon doubled by one of Rice's best friends, William Cromwell, who temporarily moved to Cleveland from NYC to lead the investigation into Rice's murder.

Cromwell also hired the Pinkerton detective agency, but Rice's murder was never solved.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

---

**THE EARLY YEARS**

- 1913 – absorbed most of John D. Rockefeller's principal law firm
- 1920 – Frank Ginn was lawyer for formation of Cleveland Trust (combining 29 banks into fifth largest in US)
- 1921 – Jack Reavis joined firm

9 

---

Revenues in 1913 $180,000 -- about $4.5 million today.

This portion of our history, frankly, just shows a very high quality Cleveland law firm – with one exception.

The Cleveland Trust example shows how the world was changing, and with John D. Rockefeller, the Van Swearingen brothers, Cyrus Eaton, Charles Thompson (founder of TRW), Abe List (founder of Glen Arden/RKO conglomerate) and other clients, JD was at the front of the train.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



Frank Ginn was a small man with a large presence; nobody called him Frank.

Here is an interesting anecdote: Firm's lawyers all listed on glass front door in gold letters, but not added until they had been with JD for one year. Letters cost 50 cents apiece, and Ginn said he was not going to spend the money until he was sure they were going to stay

In 1924, JD moved into new 20 story Union Trust Building, where it stayed for the next 63 years.

Ginn managed Firm through Great Depression, when all the banks (biggest JD clients) closed. Reduced associates salaries by 30% and partners by even more. For a while, had to pay everyone in script. Think about that when you hear anyone comparing the recent recession to the Great Depression.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

## TIMES HAVE CHANGED

- Next MP was Tom Jones, who had joined firm in 1911, and here is how, according to his widow:

  - "Have you ever heard the story of his start in the law? He was twenty-three, just out of Law School, so eager to begin actual practice, his Phi Beta Kappa Key shining, and a long record of collegiate success behind him. He had been captain of the football team, president of his class, holder of the state record for broad jumping, etc., etc. So he came to Cleveland to look the Law firms over. His choice was Blandin, Rice and Ginn. Mr. Ginn promptly informed him they had no need for his services. But this young man could not comprehend such an attitude, so he came to the office every day and just sat. One day Mr. Ginn was out of town and Mr. Tolles seeing a young man unoccupied said, "Come here, Son, I have some work for you to do." On Mr. Ginn's return he found the young man on his payroll. That was his start in the law."

- Just like your recruitment, right?

11 | JONES DAY

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005703



Luther Day by consensus "greatest trial lawyer in Ohio history" to that time

Father had been McKinley's Secretary of State and later Associate Justice on US Supreme Court

1940 revenues -- $1 million (about $17.5 million today).

Tom Jones died of heart failure in 1948 at age of 60. His obituary in the Cleveland newspaper was titled "Thomas Hoyt Jones, A Splendid Citizen." The last para is worth quoting:

"Thomas Hoyt Jones was a splendid citizen, a brilliant lawyer, a good businessman and above all, a fine friend. His passing leaves a void in the community."

We should all hope for a remembrance even remotely like this.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005704



Jack Reavis was critical to the stability of JD through an incredible period of economic expansion in the US

Reavis was one of the most successful lawyers of all time; at one point, served on board of 11 Fortune 500 corporations

But he was also a leader in the community as a whole

In 1964, while Chairman of the Cleveland Chamber of Commerce Reavis created and chaired the Interracial Business Men's Committee. Composed of business and civic leaders, the group worked to diffuse inner-city tensions and discuss grievances concerning housing, employment and education.

In 1969, he received the NAACP's Human Rights award for his work promoting race relations.

Revenues in 1975 -- $17 million (about $77 million today)

Increase from 1940 of $16M (about 1600%)

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

---

## BRIEF DIGRESSION ON JACK REAVIS FAMILY HISTORY

- 1855 -- Grandfather Isham Reavis asks family friend Abraham Lincoln if he would oversee his legal training, and Lincoln responds:

  – "I am from home too much of my time for a young man to read law with me advantageously. If you are resolutely determined to make a lawyer of yourself, the thing is more than half-way done. It is but a small matter whether you read with any lawyer or not -- I did not read with anyone. . . . Always bear in mind that your own resolution to succeed is more important than any other one thing."

- 1870 -- Isham Reavis named first federal judge in Arizona Territory by President U.S. Grant

- His son (Jack's father) was US Congressman from Nebraska

- 1919 - Jack's brother Tat joined JD, two years before Jack; eventually moved to NYC and founded Reavis & McGrath

14  JONES DAY.

---

Jack Reavis obviously came from a pretty good gene pool.

FYI, Reavis & McGrath was for years one of the very best medium sized firms in NYC



Allen Holmes is the reason I came to JD.

And he is the person who was a little smarter, a little more strategic than his peers, not only in Cleveland but in the entire country.

When he recruited me in 1978, he sold me on the notion of first a national and ultimately a global law firm, that would need a Washington antitrust presence and eventually a global practice

While the details of course were unforeseeable then, the strategic vision is the same today – to be the leading global legal institution, able to serve our clients in all important financial and business centers of the world.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



In odd way, modern era of Jones Day starts with me joining the Firm.

That set in motion the decision by the majority of partners in DC to depose Welch Pogue as MP and create an Executive Committee in his place, and that led to 65 of 80 DC lawyers leaving.

Griswold served as HLS Dean for 21 years and US Solicitor General for 6 years under two Presidents (Johnson and Nixon.  Perhaps most respected lawyer in DC at the time.  His decision to stay with JD was symbolically very important.

4 of the 8 associates who stayed with JD are these, who have been among the most important lawyers in the Firm for the last 40 years.  Look them up on the intranet if you don't know their record.

This is perhaps most dramatic illustration of the tremendous advantage our governance system provides.

But it also illustrates the importance of having the right person as MP, which is best ensured by the current selection process.

After all, who should have better insight into the particular skills needed for a new MP than the current one, and who should know best which partner has those skills?

Selecting a successor is generally the most important decision an MP makes, with the obvious exception of this decision by Allen Holmes.



**DICK POGUE**

- Became MP in 1984 when illness forced Holmes to step down
- Incredibly hard worker who led Firm into international presence
- Jones Day grew from 335 lawyers to over 1300 during Pogue's tenure
  - No recipe book for creating a single integrated global law partnership
  - Culture, governance system, and being first allowed Firm to absorb and adjust to mistakes

17 | JONES DAY.

Surrey & Morse -- 1986

There is a long list of law firms that had a great history and quality lawyers that tried and failed to make this transition

Heller, Coudert, Thelen, Howrey, Dewey and others

And there were times during this rapid growth period that it was not at all clear that we would be successful!

But we were, and a big reason was because the next two MPs did what was necessary to lock in the gains and add strength where it was needed

Revenue in 1992 -- $394 million (about $687 today)

Increase from $17M in 1975 – about 2500%

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005709



I view Pat as the Father of the Global Legal Institution.

Pat was by personality measured and careful, but he was also willing to take very aggressive legal positions when he thought that was necessary to serve his client's interests

So he never acted out of impulse, but he was willing to take strong actions

Setting the rule that we would forever more be debt-free was one such action; it meant partners would pay for future earnings with current earnings, and there was no guarantee you would get back as much as you contributed. But this was the critical step to having all partners invested in the long-term success of the institution, not just their own rewards

This mindset is at the heart of who we are, along with the principles and values that he developed to formalize what he viewed as the eternal core of JD



Steve is one of the few people still here who was here when I came to JD

There is no one who has given more of himself to this institution, and no one more responsible for its current strong position

Our system allows the MP great latitude, but it demands intense dedication and enormous work. Steve has used the latter to drive this Firm to heights only he was confident we could reach

Today, facing biggest responsibility of his tenure: selecting first MP of JD who has not lived entire transformation from law firm to global legal institution

Next MP will come to leadership of an entirely different entity than any of his or her predecessors, but positioned as well as possible for such a transition



FINALLY, SOME INTERESTING ALUMNI

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



**MARVIN BOWER**

- Founder of McKinsey and, according to Harvard Business School, "the father of modern management consulting."

- Said in memoirs that he led McKinsey using the principles he learned as an associate at JD

21 | JONES DAY.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005713



**ANTONIN SCALIA**

- Joined JD in Cleveland in 1961, and stayed for 6 years, moving to UVA Law School

- Ultimately one of the best known and most respected US Supreme Court Justices

22 | JONES DAY.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



**HUGH CALKINS**

- Leading tax lawyer of his time
- Ultimately head of Harvard Corporation, the body that operates Harvard

23 | JONES DAY.

JD_00005715



**WELCH POGUE**

- First General Counsel and second Chairman of CAB
- Founded Pogue & Neal, which combined with JD in 1967
- After retirement, served as docent at Air & Space Museum

24 | JONES DAY.

Recited 100 verse poem written for the occasion from memory at 100th birthday celebration.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



### YVONNE BURKE

- Congresswoman from CA
- Co-Chair of Democratic National Convention in 1972
- Head of the Congressional Black Caucus
- Los Angeles County Commissioner
- Chair of the Federal Reserve Bank of California

25  | JONES DAY.



### HERB HANSELL

- Cleveland corporate lawyer -- lead lawyer for creation of Amtrak

- Legal Advisor at the US State Department

  - Camp David Peace Accords between Israel and the Palestinians

  - Salt II nuclear disarmament treaty with the Soviet Union

  - Establishment of diplomatic relations with China

  - Panama Canal Treaty that devolved the canal to Panama

26 

JD_00005718



**JANE HARMAN**

- Nine-term Congresswoman

- Leading expert on intelligence
  and security

- Now President and CEO of the
  Woodrow Wilson International Center
  for Scholars, generally considered one
  of the leading think tanks in the world.

27 | JONES DAY.

There are lots of folks who could be added to this list:

Bayless Manning became Stanford Law School Dean

Bob Rawson (one of best trial lawyers I ever worked with) served 13 years as Chair of the Princeton University Board of Trustees and then followed that up with 5 years as Chair of the Trustees of Cleveland State University

Kathy Burke was first woman president of Ohio State Bar

Jim Lynn was GC of Reagan's 1980 Presidential campaign and later Secretary of HUD, Director of OMB and CEO of Aetna.

Of course, most recently Noel Francisco is now Solicitor General and Greg Katsas is about to become a member of the second most important court in the US, the DC Circuit

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



**CHARLES JAMES – DEBBIE MAJORAS**

And the list could go on, but I want to mention two people I am particularly proud of who worked closely with me

Charles James came from the FTC and became an outstanding antitrust partner. He was the Antitrust Division DAAG under Bush 41 and AAG under Bush 43; in between he was Global Chair of JD Antitrust Practice. He then became GC of Chevron, and now teaches antitrust at Sandra Day O'Conner School of Law at ASU.

Debbie Majoras was young antitrust partner who I had just persuaded to move to DC from Cleveland when CJ asked her to be his Deputy in 2001. She later returned to JD, then became Chair of FTC, and is now Chief Legal Officer of P&G.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**WHAT IS THIS "GLOBAL LEGAL INSTITUTION" STUFF?**

- Unitary partnership committed to cooperatively serving client interests
- Primarily a partnership, not an economic or juridical entity
- Critical distinctions
  - Understanding difference between economic reality and professional responsibility
  - Long term view
- Two illustrations of Jones Day approach to problems
  - 1986-91
  - 2008-9

29 | JONES DAY.

OK, enough of the straight history. You have heard me and numerous others this week describe Jones Day as a global legal institution. Just to be clear, this is my definition

1986-91 – JD in middle of rapid expansion, with lots of growing pains, and US economy was not strong. Large number of people coming up to partner decisions and young partners with real financial needs, but Firm profit growth was not keeping up. So PC (I was on then) reduced leading partner comp to give the money to younger partners and keep making new ones.

2008-9 – Great Recession; revenues declined for virtually every firm (including JD). Many cancelled summer programs and downsized by firing associates and staff; JD did neither and reduced partner comp instead

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**IN THE END, VALUES ARE THE CORE OF JONES DAY**

- Jones Day follows beat of its own drummer
  - Least affected by media or consultants or the whole range of noise that has surrounded the legal profession in the last two decades
  - Still do it the old-fashioned way, and proud of it
- Result: only truly global law partnership, and remarkable diversity of lawyers and leaders



JD has been the odd man out among significant law firms for last four decades

Don't respond to outside pressure, at all

Don't play AmLaw game; don't even give numbers

Never worried about attracting laterals; only wanted people who wanted to come to JD

And as you can see, none of this heresy seems to have had any adverse effects

In fact, now it has become our brand, and we hear other firms saying they wish they could do it like we do

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



This is a great visualization of a global legal institution – our PICs from around the world. As you can see, they truly represent the diversity and global character of this Firm.

A similar picture of our PLs would produce a similar message.

And just so you don't have to count, 16 are people of color and 15 are women – some both.



**PARTNERS-IN-CHARGE**

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005724



CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



This is the next level of geographical management.

Of the RMPs, 6 are laterals, and 4 of those first joined JD as lateral associates.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



Finally, here are the people charged with the overall direction of the Firm.

They also represent the diversity and global character of the Firm

For 8 of them, their history has been mostly in the US. For the other 5, mostly in Europe and LA.

Interestingly, only 6 are JD lifers, and 7 joined JD as laterals, including 3 (Johnson, Riesgo and Thomas) who joined as lateral associates.

As these last few slides show, anyone with talent and drive and a strong focus on client service can become a leader of Jones Day.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

**SO WHAT DOES ALL THIS MEAN FOR YOU?**

- Jones Day is a pretty unusual legal institution
- Only a few rules
  - No fighting!
  - No internal competition; no formulas
  - Treat associates and staff honestly and respectfully
- We respect economics but we treasure other things
  - Ability to have major disagreements without major disruptions or lingering unhappiness
  - Once decision made, no further conflict
  - Everyone's goal greater good of the Firm, and not parochial personal interests

36 | JONES DAY.

JD is the only significant law firm in the world that sets forth on its website <u>exactly</u> how it makes all compensation and new partner decisions

Our view is that if you focus on client service in a cooperative environment – where you draw on and take advantage of all the resources of the Firm – the money will take care of itself

In other words, follow the values and the money will find you.

I am certain you will appreciate this more in 20 years than you do now. I know I did.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005728



I have probably seen this slide 50 times in presentations by Brogan and others.

It is ubiquitous because it reflects the fact that this is an organization of people, not machines, and it tells a universal truth for JD.

Who you recruit, or mentor, or attract because of your prominence as a lawyer, or help through a tough personal time, or encourage to stick with it when they were discouraged, will determine the future of this Firm, just as it has the past.

The longer you are here, the more you will appreciate this point.

CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL



**FROM LEFF-T'S STEAKHOUSE PRESCOTT, ARIZONA**

- You have been very specific
  - You are Jones Day lawyers
- Appreciate the opportunity that many others have created for you
- Respect the efforts of your predecessors by doing your part to leave the institution better than you found it
- And eventually, you will be able to proudly say, as I do, that there are lots of people who are here at least in part because of you

38 | JONES DAY.

This is a big place; staying connected is hard. Please work at it; you will be rewarded in ways you cannot predict now.



CONFIDENTIAL
PRIVILEGED - CLIENT CONFIDENTIAL

JD_00005731