# Exhibit AA

**From:**       Marta L. Turney <mlturney@JonesDay.com>

**Sent:**       Thursday, June 9, 2016 7:44 AM

**To:**         Michael R. Shumaker

**Subject:**    SJB Edits

**Attachments:**  DOC.PDF

DOC.PDF



CONFIDENTIAL                                                          JD_02203312



| Office | Prac | Name | Title | Hire Date | JD Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 Annual-ized Client Hours | 2015 Non Billable Hours | 2015 Firm × Public Svc Hours | Current Salary Currency | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATL | B&TL | Draper, Saira | Associate | 10/31/2011 | 2011 | 1 | 3 | 17/19 | 3 | 49/71 | 394 | 642 | 281 | 256 | USD | 180,000 | 180,000 | 195,000 | 195,000 | 210,000 | 210,000 | | | | 7.69% |



Male Associate 2

| ATL | | | Associate | 10/2/2012 | 2012 | 1 | 4 | | 4 | | 2,003 | | 9 | 334 | USD | 170,000 | 170,000 | 185,000 | 185,000 | 210,000 | 210,000 | | | | 13.51% |

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY        JD_02203313



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2016 Billable Hours | 2015 LOA Adj. Client Billable Hours | 2015 Client Non-Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency | Equivalent ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Recommend Salary | USD Billing Rate | | Prep % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **2016 Salary Proposals** | | | | | **2015 Rating** | | | | | | | | | | | | | | | | | | | |
| | | Nonresponsive Material Redacted | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATL | | Male Associate 3 | Associate | 10/7/2013 | 2013 | 1 | | 4 | | 4 | 2,144 | 58 | 294 | | USD | | 155,000 | 155,000 | 170,000 | 170,000 | 195,000 | 195,000 | | | | | 14.71% |
| | | Nonresponsive Material Redacted | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATL | | Male Associate 4 | Associate | 10/6/2014 | 2014 | 1 | | | | | 1,689 | 136 | 429 | | USD | | 150,000 | 150,000 | 153,000 | 153,000 | 170,000 | 170,000 | | | | | 11.11% |
| | | Nonresponsive Material Redacted | | | | | | | | | | | | | | | | | | | | Nonresponsive Material Redacted | | | | | |
| | | Male Associate 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATL | | | Associate | 10/19/2015 | 2015 | 1 | | | | | 232 | 122 | 106 | | USD | | | | 150,000 | 150,000 | 150,000 | 150,000 | | | | | 0.00% |
| | | Nonresponsive Material Redacted | | | | | | | | | | | | | | | | | | | | NR | Nonresponsive Material Redacted | | | | |

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203314



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2016 Billable Hours | 2015 Annual-ized Client Hours | 2015 Non Billable Hours | 2015 Firm Std Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Drogan Full-Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY    JD_02203315



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203316



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203317



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203318



| Office | Princ. | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LDA Annual-ized Client Hours | 2015 Non-Billable Client Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY     JD_02203319



| Office | Prac | Name | Title | Hire Date | J.O Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LOA Annualized Client Hours | 2015 Client Non-Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAL | | Associate | | 10/7/2013 | 2012 | 1 | 3 | | 3 | | 1,612 | | 510 | 229 | USD | 185,000 | 185,000 | 205,000 | 205,000 | 220,000 | 220,000 | | | | 7.32% |

Male Associate 10

# Nonresponsive Material Redacted

Male Associate 11

| DAL | | Associate | | 10/28/2013 | 2013 | 1 | 3 | | 3 | | 1,497 | | 46 | 700 | USD | 170,000 | 170,000 | 180,000 | 180,000 | 185,000 | 185,000 | | | | 2.78% |

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203320



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY JD_02203321



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | 2015 Rating OPC RATING | OPC RANK | PPAC RATING | PPAC RANK | 2015 Billable Hours | 2015 LOA Annual-ized Client Hours | 2015 Client Non Billable Hours + Public Svc Hours | 2015 Firm Bio Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOU | | | Associate | 10/28/2013 | 2013 | 1 | 3 | | 4 | | 1,839 | | 179 | 643 | USD | 170,000 | 170,000 | 180,000 | 180,000 | 200,000 | 200,000 | 2016 | | | 11.11% |

Male Associate 9

**Nonresponsive Material Redacted**

| IRV | B&TL | | Associate | 10/25/2010 | 2010 | 1 | 3 | 3/3 | 2 | 61/71 | 1,823 | | | 15 | USD | 215,000 | 215,000 | 225,000 | 225,000 | 225,000 | 225,000 | | | | 0.00% |
| IRV | B&TL | Ratiyar Tolton, Nilab N. | Associate | 10/25/2010 | 2010 | 1 | 5 | 1/3 | 4 | 7/34 | 2,371 | | 12 | 101 | USD | 220,000 | 220,000 | 260,000 | 260,000 | 310,000 | 310,000 | | | | 19.23% |

Male Associate 1     **Nonresponsive Material Redacted**

| IRV | B&TL | Stahl, Jaclyn B. | Associate | 10/20/2014 | 2013 | 1 | 3 | | 3 | | 1,800 | | 99 | 299 | USD | 170,000 | 170,000 | 185,000 | 185,000 | 205,000 | 205,000 | | | | 10.81% |
| IRV | IP | Williams, Meredith L. | Associate | 10/28/2013 | 2013 | 1 | 3 | | 3 | | 1,776 | | 28 | 352 | USD | 170,000 | 170,000 | 185,000 | 185,000 | 205,000 | 205,000 | | | | 10.81% |
| IRV | GLOBAL | Mazingo, Andrea L. | Associate | 10/20/2014 | 2014 | 1 | 3 | | 3 | | 1,878 | | 187 | 137 | USD | 160,000 | 160,000 | 175,000 | 175,000 | 185,000 | 185,000 | 29.2 | | | 5.71% |

**Nonresponsive Material Redacted**

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY     JD_02203322



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LOA Annual-ized Client Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Src Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY · JD_02203323



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LOA/Annualized Client Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USO Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY     JD_02203324



# Nonresponsive Material Redacted

2016 Salary Master - SJB Review With M. Shumaker Adjustments.xlsm

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203325



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY                                    JD_02203326



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 Annualized Client Billable Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

2016 Salary Master - SJB Review With M. Shumaker Adjustments.xlsm

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203327



# Nonresponsive Material Redacted

Male Associate 8

| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 Annual ized Client Non Billable Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYC | | | Associate | 10/28/2013 | 2013 | 1 | 4 | | | 4 | 1,854 | 138 | 90 | | USD | 175,000 | 175,000 | 210,000 | 210,000 | 240,000 | 240,000 | | | | 14.29% |
| NYC | | | Associate | 10/28/2013 | 2013 | 1 | 4 | | | 3 | 2,335 | | 177 | | USD | 175,000 | 175,000 | 210,000 | 210,000 | 240,000 | 240,000 | | | | 14.29% |
| NYC | CAPMKT | Henderson, Katrina R. | Associate | 10/28/2013 | 2013 | 1 | | | | | 194 | 8 | 1,429 | | USD | 160,000 | 160,000 | 180,000 | 180,000 | 180,000 | 180,000 | | | | 0.00% |

Male Associate 12

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY     JD_02203328



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY
JD_02203329



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LOA Annualized Client Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203330



| Office | Prac | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 Annual-ized Client Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Nonresponsive Material Redacted**

Male Associate 6

| PIT | | | Associate | 10/20/2014 | 2014 | 1 | 3 | | 3 | | 1,943 | 201 | 310 | | USD | 145,000 | 145,000 | 150,000 | 150,000 | 160,000 | 160,000 | | | | | 6.67% |

**Nonresponsive Material Redacted**

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203331



| Office | Prac | Name | Title | Hire Date | JD Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 Annual-ized Client Hours | 2015 LOA Client Non Billable Hours | 2015 Client + Public Purchase | Current Salary Currency | 2014 Full-Time Equivalent JD | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing | | Prop % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDO | | Male Associate 7 | Associate | 10/28/2013 | 2013 | 1 | 3 | | 3 | | 1,480 | 1,525 | 29 | 339 | USD | | 170,000 | 170,000 | 180,000 | 180,000 | 180,000 | 180,000 | | | | 4.44% |

**Nonresponsive Material Redacted**

**Nonresponsive Material Redacted**

**Nonresponsive Material Redacted**

**Nonresponsive Material Redacted**

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY     JD_02203332



| 2016 Salary Proposals | | | | | 2015 Rating | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office | Dept. | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2016 Billable Hours | 2015 LOA Annualized Client Hours | 2015 Client Non-Billable Hours | 2016 Firm + Public Svc Hours | Current Salary Currency | 2014 Full-Time Equivalent Salary | 2014 Rate of Pay | Current Full-Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full-Time Equivalent Final Salary | USD Billing Rate | Prop % Change |

# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203333



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203334



# Nonresponsive Material Redacted

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203335



# Nonresponsive Material Redacted

2016 Salary Master - SJB Review With M. Shumaker Adjustments.xlsm

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203336



| Office | Prop | Name | Title | Hire Date | J D Year or Deemed Year | Part Time % | OFC RATING | OFC RANK | PRAC RATING | PRAC RANK | 2015 Billable Hours | 2015 LOA Annual- ized Billable Client Hours | 2015 Client Non Billable Hours | 2015 Firm + Public Svc Hours | Current Salary Currency ID | 2014 Full- Time Equivalent Salary | 2014 Rate of Pay | Current Full- Time Equivalent Salary | Current Actual Salary | PIC Full-Time Equivalent Recommend Salary | PIC Actual Recommend Salary | Shumaker Full-Time Equivalent Recommend Salary | Brogan Full- Time Equivalent Final Salary | USD Billing Rate | | Prop % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Nonresponsive Material Redacted

2016 Salary Master - SJB Review With M. Shumaker Adjustments.xlsm

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY

JD_02203337