# Exhibit II



**CONFIDENTIAL**

# MEMORANDUM

TO: Stephen J. Brogan

FROM: Traci L. Lovitt

DATE: November 16, 2016

RE: Associate Evaluation Project

---

In my August 19, 2016 memo, I recommended returning to January compensation adjustments or, in the alternative, making mid-year adjustments for certain associates in the offices claiming to be under market: Houston, Northern California, Los Angeles, San Diego, Washington D.C., and Chicago. In response, you asked that I (i) evaluate whether we can compress the evaluation schedule without moving from a calendar year review, and (ii) consult both the PICs and PLs in connection with the proposed mid-year adjustments.

Mike Shumaker, Suzanne Coussons and I have created a more compressed, workable evaluation schedule, attached ███████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

In addition, I have slightly revised the list of recommended mid-year adjustments. For the August 19 recommendations, I consulted the PICs of the aforementioned offices together with the office-based practice leadership and other office leadership. I have now also consulted the PLs about the original recommendations, which they unanimously support. I also asked the PLs to independently identify their superstars—the top talent and future leaders whose compensation should be at or above market—for all U.S. offices. They provided the names of many additional associates, a few of which appear to be undercompensated. I next consulted the PICs about those associates. Most PICs agreed that an adjustment was warranted. I have attached a revised spreadsheet that includes the PL-based recommendations. The biggest disagreements concern the ███████ recommendations.

Several PICs are concerned that mid-year adjustments for a few associates in a handful of offices will cause morale issues Firmwide and question whether any adjustment should occur. I have to believe that our superstars—our top-talent and future leaders—are not the ones discussing compensation and emailing Above The Law. If they are, we have a bigger problem: our view of the associates is skewed. Accordingly, I am less worried about this risk and think it can be managed, to the extent it exists, through effective communication.

CONFIDENTIAL

  Finally, I have completed my review of the evaluation system generally and have some recommendations in the attached memo.

***

  Again, thank you for trusting me with this project.  I have learned a lot and appreciate how important associate issues are to the Firm's future.

            Traci L. Lovitt
            (617) 449-6900
              7-6900

Enclosures

HIGHLY CONFIDENTIAL - COUNSEL/EXPERTS ONLY    JD_02206207