IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON, *et al. on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>*Defendant.* | Civil Action No. 1:19-cv-00945 (RDM) |

**DECLARATION OF LORI BOUNDS**

I, Lori Bounds, declare as follows:

<u>Background</u>

1. My name is Lori Bounds. I am over the age of 18 and am otherwise competent to make this declaration.

2. All the statements in this declaration are true and accurate and are based on my personal knowledge.

3. I am the Associate Director of Human Resources of the law firm Jones Day. My business address is 2727 N Harwood St, Dallas, TX 75201.

4. I started working at Jones Day in October 1996, as the Human Resources Manager for the Firm's Dallas office. In approximately 2003, I became the Human Resources Manager, which was a Firmwide position. In January 2018, I became the Associate Director of Human Resources for the Firm.

5.  In the ordinary course of my work, first as Human Resources Manager and later as Associate Director of Human Resources, I have access to the Firm's human resources information systems and regularly utilize the databases for various human resources-related functions.  The database I used most frequently during the 2016-2018 time period was the Lawson Human Resources application.

6.  The Lawson Human Resources application stores, among other things, basic employee information about associates, including class year (i.e., the year the associate graduated from law school), hire date, termination date, leave dates, practice, office, and pay information.

7.  Earlier this year, I accessed Lawson and confirmed the class year, hire date, termination date, leave dates, practice, office, and pay information for certain current and former associates.  I generated spreadsheets containing this information and I understand that they were produced in this case before my March 4, 2020 deposition, as JD_02199914; JD_02199907; JD_02199925; JD_02199913; JD_02199917; JD_02199904; JD_02199920; JD_02199909; JD_02199910; JD_02199951; JD_02199952; JD_02199908; JD_02199906; JD_02199903; JD_02199918; and JD_02199912.  The reports provide the following information:

8.  **Katrina Henderson** (JD_02199914)

- Class Year: 2013
- Hire Date: 10/28/2013
- Termination Date:  7/15/2016
- Leave Dates:  7/1/2016 – 7/15/2016
- Practice:  Capital Markets
- Office: New York

- Pay Information: Ms. Henderson's starting compensation was $160,000, and increased from $160,000 to $180,000 on 7/1/2015.

9. **Saira Draper** (JD_02199907)

    - Class Year: 2011
    - Hire Date: 10/31/2011
    - Termination Date: 10/4/2018
    - Leave Dates: 2/20/2015 – 7/15/2015; 10/2/2017 – 3/4/2018.
    - Practice: Business & Tort Litigation
    - Office: Atlanta
    - Pay Information: Ms. Draper's starting compensation was $150,000, and increased from $150,000 to $155,000 on 7/1/2012, from $155,000 to $170,000 on 7/1/2013, from $170,000 to $180,000 on 7/1/2014, from $180,000 to $195,000 on 7/1/2015, from $195,000 to $220,000 on 7/1/2016, and from $220,000 to $230,000 on 7/1/2017.

10. **Meredith Williams** (JD_02199925)

    - Class Year: 2013
    - Hire Date: 10/28/2013
    - Termination Date: 9/22/2017
    - Leave Dates: n/a
    - Practice: Intellectual Property
    - Office: Irvine
    - Pay Information: Ms. Williams' starting compensation was $160,000, and increased from $160,000 to $170,000 on 1/1/2015, from $170,000 to

$185,000 on 7/1/2015, from $185,000 to $205,000 on 7/1/2016, and from $205,000 to $215,000 on 7/1/2017.

11. [Male Associate 3] (JD_02199913)

- Class Year: 2013
- Hire Date: 10/7/2013
- Termination Date: [redacted]
- Leave Dates: [redacted]
- Practice: [redacted]
- Office: Atlanta
- Pay Information: [Male Associate 3's] starting salary was $150,000, and increased from $150,000 to $155,000 on 1/1/2015, from $155,000 to $170,000 on 7/1/2015, from $170,000 to $210,000 on 7/1/2016, from $210,000 to $260,000 on 7/1/2017, and from $260,000 to $300,000 on 7/1/2018.

12. [Male Associate 4] (JD_02199917)

- Class Year: 2014
- Hire Date: 10/6/2014
- Termination Date: [redacted]
- Leave Dates: [redacted]
- Practice: [redacted]
- Office: Atlanta
- Pay Information: [Male Associate 4's] starting compensation was $150,000, and increased from $150,000 to 153,000 on 1/1/2016, from $153,000 to $190,000 on 7/1/2016, from $190,000 to $210,000 on 7/1/2017, and from $210,000 to $250,000 on 7/1/2018.

13. **Male Associate 2** ▇▇▇▇▇▇ (JD_02199904)

    - Class Year: 2012

    - Hire Date: 10/2/2012

    - Termination Date: ▇▇▇▇

    - Leave Dates: ▇▇▇▇▇▇▇▇▇▇▇▇

    - Practice: ▇▇▇▇▇▇▇

    - Office: Atlanta

    - Pay Information: **Male Associate 2's** ▇▇▇▇▇▇ starting compensation was $150,000, and increased from $150,000 to $155,000 on 1/1/2014, from $155,000 to $170,000 on 7/1/2014, from $170,000 to $185,000 on 7/1/2015, from $185,000 to $230,000 on 7/1/2016, from $230,000 to $265,000 on 7/1/2017, and from $265,000 to $315,000 on 7/1/2018.

14. **Male Associate 5** ▇▇▇▇▇▇ (JD_02199920)

    - Class Year: 2015

    - Hire Date: 10/19/2015

    - Termination Date: ▇▇▇▇

    - Leave Dates: ▇

    - Practice: ▇▇▇▇▇▇▇

    - Office: Atlanta

    - Pay Information: **Male Associate 5's** ▇▇▇▇▇▇' starting compensation was $150,000, and increased from $150,000 to $180,000 on 7/1/2016, from $180,000 to $185,000 on 1/1/2017, from $185,000 to $195,000 on 7/1/2017, and from $195,000 to $225,000 on 7/1/2018.

15. **Male Associate 11** (JD_02199909)

    - Class Year: 2013
    - Hire Date: 10/28/2013
    - Termination Date: ███
    - Leave Dates: █
    - Practice: ███
    - Office: Dallas
    - Pay Information: **Male Associate 11's** starting compensation was $160,000, and increased from $160,000 to $170,000 on 1/1/2015, from $170,000 to $180,000 on 7/1/2015, and from $180,000 to $185,000 on 7/1/2016.

16. **Male Associate 8** (JD_02199910)

    - Class Year: 2013
    - Hire Date: 10/28/2013
    - Termination Date: ███
    - Leave Dates: ██
    - Practice: ███
    - Office: New York
    - Pay Information: **Male Associate 8's** starting compensation was $160,000, and increased from $160,000 to $175,000 on 1/1/2015, from $175,000 to $210,000 on 7/1/2015, from $210,000 to $265,000 on 7/1/2016, and from $265,000 to $350,000 on 7/1/2017.

17. **Male Associate 6** (JD_02199951)

    - Class Year: 2014
    - Hire Date: 10/20/2014

- Termination Date: ▮
- Leave Dates: ▮
- Practice: ▮
- Office: Pittsburgh
- Pay Information: Male Associate 6's ▮ starting compensation was $145,000, and increased from $145,000 to $150,000 on 1/1/2016, from $150,000 to $170,000 on 7/1/2016, from $170,000 to $175,000 on 7/1/2017, and from $175,000 to $190,000 on 7/1/2018.

18. Male Associate 7 ▮ (JD_02199952)

    - Class Year: 2013
    - Hire Date: 10/28/2013
    - Termination Date: ▮
    - Leave Dates: ▮
    - Practice: ▮
    - Office: San Diego
    - Pay Information: Male Associate 37's ▮ starting compensation was $160,000, and increased from $160,000 to $170,000 on 1/1/2015, from $170,000 to $180,000 on 7/1/2015, and from $180,000 to $190,000 on 7/1/2016.

19. Male Associate 10 ▮ (JD_02199908)

    - Class Year: 2012
    - Hire Date: 10/7/2013
    - Termination Date: ▮
    - Leave Dates: ▮
    - Practice: ▮

- Office: Dallas
- Pay Information: Male Associate 10's starting compensation was $160,000, and increased from $160,000 to $170,000 on 1/1/2014, from $170,000 to $185,000 on 7/1/2014, from $185,000 to $205,000 on 7/1/2015, and from $205,000 to $220,000 on 7/1/2016.

20. Male Associate 9 (JD_02199906)

- Class Year: 2013
- Hire Date: 10/28/2013
- Termination Date: 
- Leave Dates: 
- Practice: 
- Office: Houston; Washington (effective 1/1/2017)
- Pay Information: Male Associate 9's starting compensation was $160,000, and increased from $160,000 to $170,000 on 1/1/2015, from $170,000 to $180,000 on 7/1/2015, from $180,000 to $210,000 on 7/1/2016, and from $210,000 to $225,000 on 7/1/2017.

21. Male Associate 13 (JD_02199903)

- Class Year: 2007
- Hire Date: 10/1/2007
- Termination Date: 
- Leave Dates: 
- Practice: 
- Office: Irvine

- Pay Information: Male Associate 13's starting compensation was $160,000, and increased from $160,000 to $175,000 on 1/1/2009, from $175,000 to $190,000 on 7/1/2011, and from $190,000 to $205,000 on 7/1/2012.

22. Male Associate 15 (JD_02199918)

    - Class Year: 2009
    - Hire Date: 10/26/2009
    - Termination Date:
    - Leave Dates:
    - Practice:
    - Office: Irvine
    - Pay Information: Male Associate 15's starting compensation was $160,000 and remained at that level until his departure from the Firm.

23. Male Associate 14 (JD_02199912)

    - Class Year: 2009
    - Hire Date: 3/18/2013
    - Termination Date:
    - Leave Dates:
    - Practice:
    - Office: Irvine
    - Pay Information: Male Associate 14's starting compensation was $220,000 and increased from $220,000 to $230,000 on 7/1/2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/2020

_____
Lori Bounds