**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NILAB RAHYAR TOLTON et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:19-cv-00945-RDM |
| JONES DAY, | |
| *Defendant*. | |

**MOTION FOR LEAVE TO FILE AMICA CURIAE BRIEF**

Amica curiae Julia Sheketoff respectfully requests leave to file an amica curiae brief in support of the plaintiffs in this case regarding Jones Day's pending motion for summary judgment on their Equal Pay Act claims. The proposed brief addresses a key legal issue raised by the summary judgment motion: whether the number of hours billed by a salaried law firm associate goes to her prima facie case under the EPA ("equal work") or merely to the EPA's third affirmative defense ("quantity … of production"). 29 U.S.C. § 206(d)(1).

Amica has prepared the proposed brief in the hope that it will be helpful to the Court in resolving this important question of federal law. Amica submits that the brief is appropriate because, after the plaintiffs in this case filed their opposition to the summary judgment motion, the Court effectively decided the question against them in the course of granting Jones Day's motion to dismiss amica's own EPA claim in *Savignac v. Jones Day*, No. 1:19-cv-02443-RDM (Dkt. 32 at 23-24). Amica has an interest in this case because the Court recently dismissed her EPA claim against Jones Day on the same grounds that Jones Day is advancing in its summary judgment motion here, and amica's motion for reconsideration is now before the Court.

Because the Court should not be asked review two very similar briefs, the proposed amica brief is identical to the motion for reconsideration except for the cover page.  Amica is submitting the brief in both cases because she does not know which motion the Court will resolve first.[1]

/s/ Julia Sheketoff

Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

September 9, 2020

---

[1] Jones Day declined to consent to this motion.  The plaintiffs indicated that they take no position.