UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>*Defendant*. | Civil Action No. 19-945 (RDM) |

## PLAINTIFFS' MOTION TO WITHDRAW
## PAUL BLANKENSTEIN AS COUNSEL OF RECORD

Pursuant to Local Rule 83.6(c), the undersigned hereby respectfully request that Paul Blankenstein be permitted to withdraw as Plaintiffs' counsel in this matter. There is good cause for this Motion, as follows:

1. Mr. Blankenstein is no longer associated with Sanford Heisler Sharp, LLP, effective September 30, 2020;

2. Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs;

3. Mr. Blankenstein's withdrawal will not delay the proceedings in this matter;

4. Mr. Blankenstein is not asserting a retaining or charging lien;

5. Plaintiffs will not be prejudiced in any way by the granting of this motion;

6. The Named Plaintiffs have been notified of Mr. Blankenstein's departure from Sanford Heisler Sharp, LLP, and will be served a copy of this Motion.

Respectfully submitted,

Date: September 30, 2020          */s/ Kate Mueting*

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

Deborah K. Marcuse (D.C. Bar No. 995380)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith*
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com

*admitted *pro hac vice*

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*