AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Nilab Rahyar Tolton, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00945-RDM |
| Jones Day | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nilab Rahyar Tolton, et al.

Date: 10/30/2020

/s/ Whittney Barth
*Attorney's signature*

Whittney Barth (MD0124)
*Printed name and bar number*

Sanford Heisler Sharp, LLP
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
*Address*

wbarth@sanfordheisler.com
*E-mail address*

(410) 834-7424
*Telephone number*

(410) 834-7425
*FAX number*