AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NILAB RAHYAR TOLTON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-00945 (RDM) |
| JONES DAY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jones Day.

Date: 11/06/2020

/s/ Adrian Wager-Zito
*Attorney's signature*

Adrian Wager-Zito (Bar No. 413287)
*Printed name and bar number*

JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
*Address*

adrianwagerzito@jonesday.com
*E-mail address*

(202) 879-3891
*Telephone number*

(202) 626-1700
*FAX number*