AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nilab Rahyar Tolton, et al. <br> *Plaintiff* <br> v. <br> Jones Day <br> *Defendant* | Case No. 1:19-cv-00945-RDM |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nilab Rahyar Tolton, et al.

Date: 12/04/2020

/s/ Kate MacMullin
*Attorney's signature*

Kate MacMullin (admitted Pro Hac Vice)
*Printed name and bar number*

Sanford Heisler Sharp, LLP
1350 Avenue of the Americas
31st Floor
New York, NY 10019
*Address*

kmacmullin@sanfordheisler.com
*E-mail address*

(646) 768-7054
*Telephone number*

(646) 402-5651
*FAX number*