**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NILAB RAHYAR TOLTON, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> *v.* ) <br> ) <br> JONES DAY, ) <br> ) <br> *Defendant*. ) <br> ) | Civ. No. 1:19-00945 (RDM) <br><br> **JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Counsel for Plaintiffs Nilab Rahyar Tolton, et al. and Defendant Jones Day (collectively, the "Parties") submit the following Joint Status Report pursuant to the Court's December 7, 2020 Minute Order.

After analyzing the nationwide evaluation and compensation data Jones Day produced (for the time period 2012 through 2018), Plaintiffs do not plan to pursue class or collective claims, including those alleging systemic pay discrimination, or disparate impact claims. Plaintiffs are continuing to pursue individual claims as well as representative claims under the California Private Attorney General Act (PAGA). Plaintiffs also do not intend to submit expert reports from a labor economist or an industrial organization psychologist. Plaintiffs also hereby withdraw the motion for conditional certification of an Equal Pay Act collective. (Dkt. 117-4; Dkt. 145).

Jones Day's Motion for Partial Summary Judgment on the three remaining Equal Pay Act claims of Plaintiffs Draper, Henderson, and Williams has been fully briefed and is pending decision. (Dkt. 127; Dkt. 147). Individual claims under Title VII, FMLA, § 1981 and various state and District of Columbia laws, and some representative PAGA claims that do not allege systematic pay discrimination, remain pending.

In light of the narrowed claims remaining in the case, the Parties propose modifying the schedule as follows:

- The parties to file a stipulation identifying the claims voluntarily dismissed and those claims that remain in the action by December 21, 2020;

- Close of Fact Discovery:  April 30, 2021;

- Summary Judgment: Jones Day's moving papers to be filed by June 4, 2021; Plaintiffs' opposition papers to be filed by July 15, 2021; and Jones Day's reply papers to be filed by August 5, 2021; and

- Expert Damages Discovery for individual claims and any expert discovery that may be needed with respect to Plaintiffs' remaining PAGA claims to be completed 4 months from the Court's decision on summary judgment.  Jones Day reserves all rights with respect to an appropriate schedule for expert discovery on the PAGA claims.

Date: December 14, 2020                                        Respectfully submitted,

*/s/ Terri Chase*
Terri L. Chase (*pro hac vice* granted)
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
tlchase@jonesday.com

Mary Ellen Powers (D.C. Bar # 334045)
Beth R. Heifetz (D.C. Bar # 417199)
Jacob (Yaakov) M. Roth (D.C. Bar # 995090)
Adrian Wager-Zito (D.C. Bar # 413287)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
mepowers@jonesday.com

bheifetz@jonesday.com

Kathleen (Kate) Wallace (*pro hac vice* granted)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110-1781
(617) 449-6893
kwallace@jonesday.com

*Counsel for Defendant*

//s//     Deborah Marcuse
Deborah K. Marcuse (DC Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiffs*