IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NILAB RAHYAR TOLTON, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> JONES DAY, ) <br> ) <br> *Defendant*. ) <br> ) | Civ. No. 1:19-00945 (RDM) |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS on December 14, 2020, Plaintiffs informed the Court that after analyzing the nationwide evaluation and compensation data Jones Day produced (for the time period 2012 through 2018), Plaintiffs do not plan to pursue class or collective claims, including those alleging systemic pay discrimination, or disparate impact claims but are continuing to pursue individual claims as well as representative claims under the California Private Attorney General Act (PAGA). (Dkt. 181);

WHEREAS on December 14, 2020, Plaintiffs informed the Court that Plaintiffs do not intend to submit expert reports from a labor economist or an industrial organization psychologist and withdraw the motion for conditional certification of an Equal Pay Act collective. (Dkt. 117-4; Dkt. 145);

WHEREAS on May 19, 2020, the Court granted in part and denied in part Jones Day's Motion for Judgment on the Pleadings (Dkt. 37). (Dkt. 110). Specifically, the Court granted Jones Day's Motion for Judgment on the Pleadings as to the following claims:

- Williams's hostile work environment claims under the California Fair Employment and Housing Act (FEHA) and the District of Columbia Human Rights Act (DCHRA)

- **(Counts 5 & 11)** and wrongful constructive discharge claim under the FEHA **(Count 20)**
- Henderson's sex-based wrongful termination claim under the NYCHRL **(Count 22)**;
- Tolton's and Draper's pregnancy- and maternity-based disparate impact claims under Title VII, the Pregnancy Discrimination Act, and FEHA **(Counts 2 & 6)**
- Claims by Tolton, Mazingo, and Stahl under the EPA and its California analogue **(Counts 4 & 8)**;
- Tolton's and Draper's retaliation claims **(Counts 3, 7, 14, 15 & 16)**;
- DCHRA wrongful constructive termination claims by Mazingo, Stahl and Williams **(Count 21)**;

NOW THEREFORE THE PARTIES STIPULATE, by and through their respective counsel, that the following claims are voluntarily dismissed with prejudice:

- **Count 1 (Title VII of the Civil Rights Act of 1964 – gender discrimination)** (1) all class claims, and (2) individual claims of Plaintiffs Tolton, Mazingo, and Draper for disparate impact;
- **Count 2 (Title VII of the Civil Rights Act of 1964 – pregnancy/maternity discrimination)** all class claims;
- **Count 3 (Family and Medical Leave Act)** class claims;
- **Count 4 (Fair Labor Standards Act/Equal Pay Act)** collective claims;
- **Count 5 (FEHA – gender discrimination)** (1) all class claims, and (2) individual claims of Plaintiffs Tolton, Mazingo, Williams, and Stahl for disparate impact;
- **Count 6 (FEHA – pregnancy/maternity discrimination)** all class claims;
- **Count 7 (California Family Rights Act)** all class claims;
- **Count 8 (California Equal Pay Act)** all class claims;
- **Count 9 (California Unfair Competition)** all class claims;
- **Count 10 (California Private Attorneys General Act)** (1) representative claims of pay discrimination (i.e., California Labor Code §§ 201-03, 204, 204c, 204.2, 226(a), and 1197.5(a)) and (2) individual claims of Plaintiffs Tolton and Mazingo based on pay discrimination (i.e., California Labor Code §§ 201-03, 204, 204c, 204.2, 226(a), and 1197.5(a));
- **Count 11 (DCHRA)** (1) all class claims, and (2) individual claims of Plaintiffs Tolton, Mazingo, Williams, Draper, and Stahl based on disparate impact;
- **Count 12 (New York City Human Rights Law)** (1) all class claims, and (2) individual claim of Plaintiff Henderson based on disparate impact;
- **Count 13 (New York Equal Pay Law)** all class claims;

FURTHER STIPULATED that the following claims remain in the case:

- **Count 1 (Title VII of the Civil Rights Act of 1964 – gender discrimination)** individual claims of Plaintiffs Tolton, Mazingo, and Draper for disparate treatment and hostile work environment;

- **Count 2 (Title VII of the Civil Rights Act of 1964 – pregnancy/maternity discrimination)** individual claims of Plaintiffs Tolton and Draper for disparate treatment;

- **Count 3 (Family and Medical Leave Act)** individual claims of Plaintiffs Tolton, Mazingo, and Draper for discrimination and interference;

- **Count 4 (Fair Labor Standards Act/Equal Pay Act)** individual claims of Plaintiffs Williams, Henderson, and Draper;

- **Count 5 (FEHA)** individual gender discrimination disparate treatment and hostile work environment claims of Plaintiffs Tolton, Mazingo, Williams and Stahl (except for Plaintiff Williams's hostile work environment claim);

- **Count 6 (FEHA)** individual pregnancy and maternity discrimination claim of Plaintiff Tolton;

- **Count 7 (California Family Rights Act)** individual claims of Plaintiffs Tolton and Mazingo for discrimination and interference;

- **Count 8 (California Equal Pay Act)** individual claim of Plaintiff Williams;

- **Count 9 (California Unfair Competition)** individual claims of Plaintiffs Tolton, Mazingo, Stahl and Williams;

- **Count 10 (California Private Attorneys General Act)** (1) representative claims other than claims of pay discrimination based on California Labor Code §§ 232, 232.5, 1102.5(a), and 1197.5(k) and (2) individual claims of Plaintiffs Tolton and Mazingo based on California Labor Code §§ 232, 232.5, 1102.5(a), and 1197.5(k);

- **Count 11 (DCHRA)** individual claims of Plaintiffs Tolton, Mazingo, Williams, Draper, and Stahl based on disparate treatment and hostile work environment (except for Plaintiff Williams's hostile work environment claim);

- **Count 12 (New York City Human Rights Law)** individual claim of Plaintiff Henderson based on disparate treatment and hostile work environment;

- **Count 13 (New York Equal Pay Law)** individual claim of Plaintiff Henderson;

- **Count 17 (Title VII Wrongful Termination)** individual claims of Plaintiffs Tolton and Draper;

- **Count 18 (FEHA Wrongful Termination)** individual claim of Plaintiff Tolton;

- **Count 19 (DCHRA Wrongful Termination)** individual claims of Plaintiffs Tolton and Draper;

- **Count 20 (FEHA Wrongful Constructive Discharge)** individual claims of Plaintiffs Mazingo and Stahl; and

- **Count 23 (Section 1981 Race Discrimination)** individual claim of Plaintiff Henderson.

IT IS SO STIPULATED.

Date: December 21, 2020				JONES DAY

						/s/ Terri L. Chase
						Terri L. Chase (*pro hac vice* granted)
						JONES DAY
						250 Vesey Street
						New York, NY 10281
						(212) 326-3939
						tlchase@jonesday.com

						Mary Ellen Powers (D.C. Bar # 334045)
						Beth R. Heifetz (D.C. Bar # 417199)
						Jacob (Yaakov) M. Roth (D.C. Bar # 995090)
						Adrian Wager-Zito (D.C. Bar # 413287)
						JONES DAY
						51 Louisiana Avenue, NW
						Washington, D.C. 20001
						(202) 879-3939
						mepowers@jonesday.com
						bheifetz@jonesday.com

						Kathleen (Kate) Wallace (*pro hac vice* granted)
						JONES DAY
						100 High Street, 21st Floor
						Boston, MA 02110-1781
						(617) 449-6893
						kwallace@jonesday.com

						*Counsel for Defendant*


						SANFORD HEISLER SHARP, LLP

						/s/ Deborah K. Marcuse
						Deborah K. Marcuse (DC Bar No. 995380)
						Clare J. Horan (*pro hac vice* granted)
						Whittney Barth (DC Bar No. MD0124)
						SANFORD HEISLER SHARP, LLP
						111 S. Calvert Street, Ste. 1950
						Baltimore, MD 21202

4

Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiffs*