**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NILAB RAHYAR TOLTON, *et al.*,

               *Plaintiffs*,

       v.

JONES DAY,

               *Defendant*.

Civil Action No. 19-945 (RDM)

## <u>ORDER</u>

Upon consideration of the parties' stipulation of voluntary dismissal, Dkt. 182, and

pursuant to Fed. R. Civ. P. 15(a)(2), it is hereby ORDERED that Plaintiffs are granted leave to

amend the Third Amended Complaint, Dkt. 41, to DISMISS with prejudice the following claims

("Dismissed Claims"):

- **Count 1 (Title VII of the Civil Rights Act of 1964 – gender discrimination)** (1) all
  class claims, and (2) individual claims of Plaintiffs Tolton, Mazingo, and Draper for
  disparate impact;

- **Count 2 (Title VII of the Civil Rights Act of 1964 – pregnancy/maternity
  discrimination)** all class claims;

- **Count 3 (Family and Medical Leave Act)** class claims;

- **Count 4 (Fair Labor Standards Act/Equal Pay Act)** collective claims;

- **Count 5 (FEHA – gender discrimination)** (1) all class claims, and (2) individual claims
  of Plaintiffs Tolton, Mazingo, Williams, and Stahl for disparate impact;

- **Count 6 (FEHA – pregnancy/maternity discrimination)** all class claims;

- **Count 7 (California Family Rights Act)** all class claims;

- **Count 8 (California Equal Pay Act)** all class claims;

- **Count 9 (California Unfair Competition)** all class claims;

- **Count 10 (California Private Attorneys General Act)** (1) representative claims of pay discrimination (i.e., California Labor Code §§ 201-03, 204, 204c, 204.2, 226(a), and 1197.5(a)) and (2) individual claims of Plaintiffs Tolton and Mazingo based on pay discrimination (i.e., California Labor Code §§ 201-03, 204, 204c, 204.2, 226(a), and 1197.5(a));

- **Count 11 (DCHRA)** (1) all class claims, and (2) individual claims of Plaintiffs Tolton, Mazingo, Williams, Draper, and Stahl based on disparate impact;

- **Count 12 (New York City Human Rights Law)** (1) all class claims, and (2) individual claim of Plaintiff Henderson based on disparate impact;

- **Count 13 (New York Equal Pay Law)** all class claims; and

it is FURTHER ORDERED that pursuant to Fed. R. Civ. P. 15(a)(2), the Third Amended Complaint, Dkt. 41, is DEEMED AMENDED to delete the Dismissed Claims and retain only the following claims:

- **Count 1 (Title VII of the Civil Rights Act of 1964 – gender discrimination)** individual claims of Plaintiffs Tolton, Mazingo, and Draper for disparate treatment and hostile work environment;

- **Count 2 (Title VII of the Civil Rights Act of 1964 – pregnancy/maternity discrimination)** individual claims of Plaintiffs Tolton and Draper for disparate treatment;

- **Count 3 (Family and Medical Leave Act)** individual claims of Plaintiffs Tolton, Mazingo, and Draper for discrimination and interference;

- **Count 4 (Fair Labor Standards Act/Equal Pay Act)** individual claims of Plaintiffs Williams, Henderson, and Draper;

- **Count 5 (FEHA)** individual gender discrimination disparate treatment and hostile work environment claims of Plaintiffs Tolton, Mazingo, Williams and Stahl (except for Plaintiff Williams's hostile work environment claim);

- **Count 6 (FEHA)** individual pregnancy and maternity discrimination claim of Plaintiff Tolton;

- **Count 7 (California Family Rights Act)** individual claims of Plaintiffs Tolton and Mazingo for discrimination and interference;

- **Count 8 (California Equal Pay Act)** individual claim of Plaintiff Williams;

- **Count 9 (California Unfair Competition)** individual claims of Plaintiffs Tolton, Mazingo, Stahl and Williams;

- **Count 10 (California Private Attorneys General Act)** (1) representative claims other than claims of pay discrimination based on California Labor Code §§ 232, 232.5, 1102.5(a), and 1197.5(k) and (2) individual claims of Plaintiffs Tolton and Mazingo based on California Labor Code §§ 232, 232.5, 1102.5(a), and 1197.5(k);

- **Count 11 (DCHRA)** individual claims of Plaintiffs Tolton, Mazingo, Williams, Draper, and Stahl based on disparate treatment and hostile work environment (except for Plaintiff Williams's hostile work environment claim);

- **Count 12 (New York City Human Rights Law)** individual claim of Plaintiff Henderson based on disparate treatment and hostile work environment;

- **Count 13 (New York Equal Pay Law)** individual claim of Plaintiff Henderson;

- **Count 17 (Title VII Wrongful Termination)** individual claims of Plaintiffs Tolton and Draper;

- **Count 18 (FEHA Wrongful Termination)** individual claim of Plaintiff Tolton;

- **Count 19 (DCHRA Wrongful Termination)** individual claims of Plaintiffs Tolton and Draper;

- **Count 20 (FEHA Wrongful Constructive Discharge)** individual claims of Plaintiffs Mazingo and Stahl; and

- **Count 23 (Section 1981 Race Discrimination)** individual claim of Plaintiff Henderson.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  December 30, 2020