**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NILAB RAHYAR TOLTON, *et al.*, | ) | |
| | ) | |
| | ) | Civ. No.  1:19-00945 (RDM) |
| *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| JONES DAY, | ) | |
| | ) | |
| *Defendant*. | ) | |

**STIPULATION REGARDING DEFENDANT'S ANSWER TO THE THIRD AMENDED**
**COMPLAINT**

WHEREAS, the Parties have met and conferred regarding the question of whether Defendant Jones Day's Answer and Defenses to Plaintiffs' Third Amended Class and Collective Action Complaint (Dkt. 57) ("Answer") relies on any attorney-client privileged investigations or advice;

WHEREAS, in an effort to avoid unnecessary disputes regarding a potential waiver of privilege or other protections regarding Jones Day's privileged investigations or advice, Defendant agrees to revise its Answer as set forth below;

NOW THEREFORE THE PARTIES STIPULATE, by and through their respective counsel, the following:

1. Defendant hereby withdraws the following language from its Answer:

   a.  Seventh Defense: "and were made in good faith compliance with applicable provisions of law, rules, and regulations." Dkt. 57 at 117. Defendant Jones Day's Seventh Defense shall now read: "All actions by Jones Day with respect to Plaintiffs and/or the putative class and/or collective

1

members were lawful and were taken for legitimate, non-discriminatory, non-retaliatory, non-prohibited reasons and/or for good cause."; and

b. Thirty-Fifth Defense: "Plaintiffs' claims and the claims of the putative class and/or collective members for punitive damages are barred because Jones Day engaged in good faith effort to comply with the law." Dkt. 57 at 123; and

2. Defendant affirms that it will not rely on or submit privileged evidence regarding any investigations, advice, or assessments.

IT IS SO STIPULATED.

Dated: January 20, 2021

JONES DAY

*/s/ Terri L. Chase*
Terri L. Chase (*pro hac vice* granted)
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
tlchase@jonesday.com

Mary Ellen Powers (D.C. Bar # 334045)
Beth R. Heifetz (D.C. Bar # 417199)
Jacob (Yaakov) M. Roth (D.C. Bar # 995090)
Adrian Wager-Zito (D.C. Bar # 413287)
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
mepowers@jonesday.com
bheifetz@jonesday.com

Kathleen (Kate) Wallace (*pro hac vice* granted)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110-1781

(617) 449-6893
kwallace@jonesday.com
*Counsel for Defendant*


SANFORD HEISLER SHARP, LLP

*/s/ Kate Mueting*
Kate Mueting (D.C. Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue SW, Suite 300
Washington, DC 20003
(202) 499-5206
kmueting@sanfordheisler.com

Deborah K. Marcuse (D.C. Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
(410) 834-7415
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

David W. Sanford (D.C. Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 402-5650
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com
*Counsel for Plaintiffs*

3