IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILAB RAHYAR TOLTON, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> JONES DAY, ) <br> ) <br> *Defendant*. ) <br> ) | Civ. No. 1:19-00945 (RDM) |

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, on December 21, 2020, the Parties stipulated to the voluntary withdrawal of a number of claims in this action and outlined those claims that remained pending in this action;

NOW THEREFORE, Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, Meredith Williams, Jaclyn Stahl, and Saira Draper hereby dismiss all of their remaining claims in this lawsuit with prejudice, and waive any and all rights to appeal. The PAGA claims of any and all individuals similarly situated to Plaintiffs Tolton and Mazingo shall be dismissed without prejudice. The parties shall bear their own respective attorneys' fees and costs.

Date: March 11, 2021

SANFORD HEISLER SHARP, LLP

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (DC Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiffs*