IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATRINA HENDERSON, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> JONES DAY, ) <br> ) <br> *Defendant*. ) <br> ) | Civ. No. 1:19-00945 (RDM) |

## STIPULATION REGARDING REMAINING CLAIMS

WHEREAS, on December 21, 2020, the Parties stipulated to the voluntary withdrawal of a number of claims in this action and outlined those claims that remained pending in this action;

WHEREAS, on March 11, 2021, Plaintiffs Nilab Rahyar Tolton, Andrea Mazingo, Meredith Williams, Jaclyn Stahl, and Saira Draper, filed a Notice of Voluntary Dismissal of their remaining claims;

NOW THEREFORE THE REMAINING PARTIES STIPULATE, by and through their respective counsel, that the following claims remain in this action:

- **Count 4 (Fair Labor Standards Act/Equal Pay Act)** individual claim of Plaintiff Henderson;

- **Count 12 (New York City Human Rights Law)** individual claim of Plaintiff Henderson based on disparate treatment and hostile work environment;

- **Count 13 (New York Equal Pay Law)** individual claim of Plaintiff Henderson; and

- **Count 23 (Section 1981 Race Discrimination)** individual claim of Plaintiff Henderson.

With respect to the remaining claims, Plaintiff Henderson's EPA claim in Count IV is the subject of Defendant's Motion for Summary Judgment (Dkt. 147), which motion remains pending; and it is

FURTHER STIPULATED that Defendant's Motion for Summary Judgment (Dkt. 147) is withdrawn with respect to Plaintiffs Williams and Draper because their claims have been voluntarily dismissed; and it is

FURTHER STIPULATED that the Parties request that the case caption be changed from *Tolton et al. v. Jones Day* to *Henderson v. Jones Day*.

IT IS SO STIPULATED.

Date: March 11, 2021

SANFORD HEISLER SHARP, LLP

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (DC Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste. 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor

New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiff*


JONES DAY

*/s/ Terri L. Chase*
Terri L. Chase (*pro hac vice* granted)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 714-9700
tlchase@jonesday.com

*Counsel for Defendant*

3