# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATRINA HENDERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>JONES DAY, a General Partnership,<br><br>*Defendant*. | Civil Action No. 19-945 (RDM) |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

The Parties, by and through their undersigned counsel, respectfully move this Court to extend the Parties' deadline to complete fact discovery to May 28, 2021.

In support of this Motion, the Parties state as follows:

1. On December 15, 2020, the Court ordered fact discovery to close on April 30, 2021.

2. Despite the Parties' best efforts, they have not completed depositions, and the current fact discovery deadline is less than thirty days after the last deposition scheduled in this action. This deadline does not provide either Party sufficient time to resolve additional fact discovery relating to the outstanding depositions or to resolve outstanding discovery disputes.

For the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion and order the Parties' deadline to complete fact discovery be extended until May 28, 2021. As a result of this requested discovery extension, the Parties request resetting of briefing dates so that Defendant shall file a motion for summary judgment on or before July 12, 2021; Plaintiff shall file an opposition on before August 23, 2021; and Defendant shall file a reply on or before September 13, 2021.

A proposed order had been filed herewith.

Date:  March 18, 2021

Respectfully submitted,

SANFORD HEISLER SHARP, LLP

*/s/ Kate Mueting*
Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

Deborah K. Marcuse (DC Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiff*

JONES DAY

*/s/   Terri L. Chase*
Terri L. Chase (*pro hac vice* granted)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 714-9700
tlchase@jonesday.com

Mary Ellen Powers (Bar No. 334045)
Beth Heifetz (Bar No. 417199)
Yaakov Roth (Bar No. 995090)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

*Counsel for Defendant*