IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATRINA HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JONES DAY, )<br>)<br>Defendant. )<br>) | Civ. No. 1:19-00945 (RDM) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Katrina Henderson hereby voluntarily dismisses all of her remaining claims in this lawsuit with prejudice, and waives any and all rights to appeal. The parties shall bear their own respective attorneys' fees and costs.

Date: June 28, 2021

SANFORD HEISLER SHARP, LLP

/s/ *Kate Mueting*

Deborah K. Marcuse (DC Bar No. 995380)
Clare J. Horan (*pro hac vice* granted)
Whittney Barth (DC Bar No. MD0124)
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
choran@sanfordheisler.com
wbarth@sanfordheisler.com

Kate Mueting (DC Bar No. 988177)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue, SE, Ste 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Facsimile: (202) 499-5199
kmueting@sanfordheisler.com

David W. Sanford (DC Bar No. 457933)
Russell L. Kornblith (*pro hac vice* granted)
Kate MacMullin (*pro hac vice* granted)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
rkornblith@sanfordheisler.com
kmacmullin@sanfordheisler.com

*Counsel for Plaintiff*

/s/ _____
Katrina Henderson

*Plaintiff*